UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  07-CV-11807

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC., and PRISCILLA PORTER, MARY NYMAN, HAZAL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc.<br>    Plaintiffs,<br><br>v.<br><br>THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, And M. JANE DONAHUE, Individually and As Members of the Board of Selectmen of Wareham<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **NOTICE OF APPEARANCE**

Please enter our appearance as co-counsel on behalf of the Defendants and as the attorneys of record for the Plaintiff-in-Counterclaim, Town of Wareham, in the above-captioned matter.

RESPECTFULLY SUBMTITED,

/s/ Elizabeth R. Corbo
Richard Bowen (BBO# 552814)
Elizabeth R. Corbo (BBO# 640131)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
Boston, MA 02110
(617) 556-0007

Date: September 26, 2007
326751/ware/0261