UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-11807RCL

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC., and<br>PRISCILLA PORTER, MARY NYMAN, HAZAL TABER,<br>MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI,<br>MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and<br>DIANE LAZARUS, Individually and As Trustees of<br>Wareham Free Library, Inc.<br>    Plaintiffs,<br><br>v.<br><br>THE TOWN OF WAREHAM, and BRENDA ECKSTROM,<br>BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER,<br>And M. JANE DONAHUE, Individually and As<br>members of the Board of Selectmen of Wareham<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter my appearance as counsel for the defendants, Town of Wareham, Brenda Eckstrom, Bruce Sauvageau, John Cronan, James Potter and M. Jane Donohue in their capacities as members of the Board of Selectmen of Wareham, in the above-captioned action.

    Respectfully submitted,

The defendants,
TOWN OF WAREHAM, BRENDA
ECKSTROM, BRUCE SAUVAGEAU, JOHN
CRONAN, JAMES POTTER, & M. JANE
DONOHUE, in their capacities as members of
the Board of Selectmen of Wareham,
By their attorneys,

    */s/Leonard H. Kesten*
Leonard H. Kesten, BBO#542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Dated: September 27, 2007