UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC., ET AL )<br>           Plaintiff  )<br>                 )<br>v.                       )<br>                 )<br>TOWN OF WAREHAM, ET AL  )<br>                 ) | Civil Action No. 07-11807-RCL |

## ORDER OF RECUSAL

LINDSAY, D.J.

    I hereby recuse myself with respect to the above-entitled action. I served on the board of a charitable organization with Peter Montgomery.

SO ORDERED.

                                                  /s/ REGINALD C. LINDSAY
                                                UNITED STATES DISTRICT JUDGE

DATED:  September 28, 2007