**Commonwealth of Massachusetts**
**PLYMOUTH SUPERIOR COURT**
**Case Summary**
**Civil Docket**

FILED IN CLERKS OFFICE 2007 OCT -3 P 1:22 U.S. DISTRICT COURT

# PLCV2007-01065
## Wareham Free Library, Inc.et als et al v The Town of Wareham et al

| | | | |
|---|---|---|---|
| **File Date** | 08/17/2007 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 09/27/2007 | **Session** | B - Civil B - 3rd Floor- (52 Obery St., Plymouth) |
| **Origin** | 1 - Complaint | **Case Type** | D13 - Declaratory judgement (231A) |
| **Track** | A - Average track | **Lead Case** | |

**Jury Trial** Yes

### DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| **Served By** | | | 12/15/2007 | 10/10/2008 | 08/06/2009 | 09/05/2009 | | |
| **Filed By** | 11/15/2007 | 12/15/2007 | 01/14/2008 | 11/09/2008 | | 10/05/2009 | | 08/01/2010 |
| **Heard By** | | | 02/13/2008 | 11/09/2008 | | | 02/02/2010 | |

### PARTIES

**Plaintiff**
Wareham Free Library, Inc.et als
Active 08/17/2007

**Private Counsel 656212**
Timour Zoubaidoulline
Beauregard & Burke
32 William Street
PO Box 952
New Bedford, MA 02740
Phone: 508-993-0333
Fax: 508-990-2045
Active 08/17/2007 Notify

**Plaintiff**
Priscilla Porter
Active 08/17/2007

*** See Attorney Information Above ***

**Plaintiff**
Mary Nyman
Active 08/17/2007

*** See Attorney Information Above ***

**Plaintiff**
Hazel Taber
Active 08/17/2007

*** See Attorney Information Above ***

MASXP-20070813
meehanke

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

09/28/2007
10:26 AM

**PLCV2007-01065**
**Wareham Free Library, Inc.et als et al v The Town of Wareham et al**

| | |
|---|---|
| **Plaintiff**<br>Michelle Baum<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Sandra Wheller<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>John Lanci<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Martha Maguire<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Yelena Farioli-Beaupre<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Diane Lazarus<br>Active 08/17/2007 | *** See Attorney Information Above *** |

case01 219838 y y y y y y

Page 2 of 6

## PLCV2007-01065
## Wareham Free Library, Inc.et als et al v The Town of Wareham et al

| | |
|---|---|
| **Plaintiff**<br>Priscilla Porter, Trustee<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Mary Nyman, Trustee<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Hazel Taber, Trustee<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Michelle Baum, Trustee<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Sandra Wheeler, Trustee<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>John Lanci, Trustee<br>Active 08/17/2007 | *** See Attorney Information Above *** |

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

**PLCV2007-01065**
**Wareham Free Library, Inc.et als et al v The Town of Wareham et al**

| | |
|---|---|
| **Plaintiff**<br>Martha Maguire, Trustee<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Yelena Farioli-Beaupre, Trustee<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Diane Lazrus, Trustee<br>Active 08/17/2007 | *** See Attorney Information Above *** |
| **Defendant**<br>The Town of Wareham<br>Served: 09/04/2007<br>Served (answr pending) 09/12/2007 | |
| **Defendant**<br>Brenda Eckstrom<br>Service pending 08/17/2007 | |
| **Defendant**<br>Bruce Sauvageau<br>Service pending 08/17/2007 | |

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2007-01065
## Wareham Free Library, Inc.et als et al v The Town of Wareham et al

**Defendant**
John Cronan
Service pending 08/17/2007

**Defendant**
James Potter
Service pending 08/17/2007

**Defendant**
M. Jane Donahue
Service pending 08/17/2007

**Defendant**
Brenda Eckstrom, Member Bd. of Selectmen
Served: 09/04/2007
Served (answr pending) 09/12/2007

**Defendant**
Bruce Sauvageau, Member of Bd. of Selectmen
Service pending 08/17/2007

**Defendant**
John Cronan, Member of Bd. of Selectmen
Service pending 08/17/2007

**Commonwealth of Massachusetts**
**PLYMOUTH SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## PLCV2007-01065
## Wareham Free Library, Inc.et als et al v The Town of Wareham et al

**Defendant**
James Potter, Member of the Bd. of Selectmen
Service pending 08/17/2007

**Defendant**
M. Jane Donahue, Member of Bd. of Selectmen
Service pending 08/17/2007

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/17/2007 | 1.0 | Complaint & jury claim, civil action cover sheet filed, $305. paid into court, 6 summonses and T/O mailed |
| 08/17/2007 | | Origin 1, Type D13, Track A. |
| 08/17/2007 | | ONE TRIAL review by Clerk, case to remain in Superior Court. |
| 09/12/2007 | 2.0 | SERVICE RETURNED: The Town of Wareham(Defendant) by certified mail return receipt |
| 09/12/2007 | 3.0 | SERVICE RETURNED Brenda Eckstrom, Member Bd. of Selectmen |
| 09/27/2007 | 4.0 | Defts' Notice for Removal to the United States District Court |
| 09/27/2007 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 11/15/2007 | Civil B - 3rd Floor- (52 Obery St., | Status: Clerk Follow UP service | |
| 12/17/2007 | Civil B - 3rd Floor- (52 Obery St., | Status: Clerk Follow UP aanswer | |

A TRUE COPY ATTEST
[signature]
CLERK

RECEIVED
SEP 27 2007
PLYMOUTH SUPERIOR COURT

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH. SS

SUPERIOR COURT
CIVIL ACTION NO. 07-01065

WAREHAM FREE LIBRARY, INC., and PRISCILLA PORTER, MARY NYMAN, HAZAL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc.
Plaintiffs,

v.

THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, And M. JANE DONAHUE, Individually and As Members of the Board of Selectmen of Wareham
Defendants.

**WRITTEN NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §1446(d)**

A Notice of Removal of the above-captioned action from the Superior Court of the Commonwealth of Massachusetts, Plymouth County, to the United States District Court for the District of Massachusetts (a copy of which Notice is filed herewith) was duly filed on September 25, 2007, in the United States District Court for the District of Massachusetts. A copy of the Notice of Removal, certified by the United States District Court for the District of Massachusetts, having been duly filed with the Clerk for the Superior Court of the Commonwealth of Massachusetts, Plymouth County, in accordance with 28 U.S.C. §1446(d), the Superior Court shall proceed no further herein unless and until the case is remanded.

Respectfully submitted,

The defendants/Plaintiffs-in-Counterclaims,
TOWN OF WAREHAM, BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, & M. JANE

DONOHUE, in their capacities as members of the Board of Selectmen of Wareham,
By their attorneys,

Leonard H. Kesten, BBO#542042
Peter E. Montgomery, BBO#632698
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Dated: 9-26-07

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9-26-07

A TRUE COPY ATTEST

CLERK

# Brody, Hardoon, Perkins & Kesten, LLP
Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Thomas R. Donohue
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

September 26, 2007

***Via Federal Express***
***No. 862651329748***

Civil Clerk's Office
Plymouth Superior Court
Court Street
Plymouth, MA 02360

RE: Wareham Free Library v. Town of Wareham
C.A. No. 07-01065

Dear Sir/Madam:

Enclosed please find the following for docketing and filing with reference to the above-captioned matter:

1. Written Notice Of Removal To Federal Court Pursuant to 28 U.S.C. §1446(D); and

2. A certified copy of the Notice of Removal of Action from State Court filed with the Federal Court.

Kindly forward certified copies of the documents on file with the Superior Court and a certified copy of the docket sheet to my attention as soon as possible.

Thank you for your attention and cooperation in this matter. If you should have any questions, please contact me.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN

Peter E. Montgomery

PEM/rb
Enclosures

Cc: Philip N. Beauregard, Esq.
Elizabeth Corbo, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
07 CA 11807 RCL

WAREHAM FREE LIBRARY, INC., and PRISCILLA PORTER, MARY NYMAN, HAZAL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc.
Plaintiffs,

v.

THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, And M. JANE DONAHUE, Individually and As members of the Board of Selectmen of Wareham
Defendants.

MAGISTRATE JUDGE DEIN

I hereby certify on 9/25/07 that the foregoing document is true and correct copy of the ☐ electronic docket in the captioned case ☐ electronically filed original filed on 9/25/07 ☐ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

## DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT

Pursuant to 28 U.S.C. §1441(b) and 1446, the defendants, Town of Wareham, Brenda Eckstrom, Bruce Sauvageau, John Cronan, James Potter and M. Jane Donohue in their capacities as members of the Board of Selectmen of Wareham ("defendants"), petition for removal of this action to the United States District Court for the District of Massachusetts. As grounds therefore, the defendants state as follows:

1. On or about August 17, 2007, the plaintiffs filed this suit in the Plymouth Superior Court, Civil Action No.07-01065.

2. On September 4, 2007, the plaintiffs' complaint was served upon the defendants. Attached as Exhibit A is a copy of the plaintiffs' complaint and summons which were served upon the defendants.

3. In the complaint, the plaintiffs allege that "[d]efendants have violated Plaintiffs' constitutional rights, both state and federal."

4. Because this matter is an action arising under federal law of which this Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal under 28 U.S.C. §1441(b).

5. This Notice of Removal is being filed within the time period required by law, 28 U.S.C. §1446(b).

Respectfully submitted,

The defendants/Plaintiffs-in-Counterclaims, TOWN OF WAREHAM, BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, & M. JANE DONOHUE, in their capacities as members of the Board of Selectmen of Wareham,
By their attorneys,

*/s/ Peter E. Montgomey*

Leonard H. Kesten, BBO#542042
Peter E. Montgomery, BBO#632698
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Dated:September 25, 2007

A TRUE COPY ATTEST
CLERK

RECEIVED
AUG 17 2007
PLYMOUTH SUPERIOR COURT

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. 07-1065B

WAREHAM FREE LIBRARY, INC., and PRISCILLA PORTER, MARY NYMAN, HAZEL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc.

Plaintiffs

v.

THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, and M. JANE DONAHUE, Individually and As Members of The Board of Selectmen of Wareham

Defendants

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY
AUG 17 2008
CLERK

305.N pd
6 summones
TO issued

## COMPLAINT AND JURY DEMAND

### INTRODUCTION

This is an action seeking declaratory judgment, injunctive relief and damages against members of the Board of Selectmen of the Town of Wareham, Massachusetts, individually and officially, resulting from their unconstitutional and otherwise unlawful conduct directed at Plaintiffs. This action arises under the First and Fourteenth Amendments to the United States Constitution, Massachusetts General Laws Ch. 12, §§ 11H and 11I, and other relevant Massachusetts common and statutory law.

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

1. Plaintiffs are the duly appointed current Trustees of the Wareham Free Library, Inc., a private non-profit Massachusetts corporation located in the Town of Wareham. They bring this action in their official and individual capacities.

2. The Board of Selectmen of Wareham has five members. All five are the named defendants in this case.

3. Defendant Brenda Eckstrom is the Chairperson of the Board of Selectmen.

4. Defendant Bruce Sauvageau is a former Chairperson and a member of the Board of Selectmen.

5. Defendant John Cronan is a member of the Board of Selectmen.

6. Defendant James Potter is a member of the Board of Selectmen.

7. Defendant M. Jane Donahue is a member of the Board of Selectmen.

8. Defendants have maliciously interfered with Plaintiffs' exercise of their state and/or federal constitutional rights. At all relevant times, Defendants acted under the color of state law.

9. Wareham Free Library was established as a private non-profit corporation in 1891 ("Library corporation"). Until late 1970s the Library was wholly privately owned and operated on private funds.

10. During the late 1970s, the Library corporation, acting by its Board of Trustees, collaborated with the Town of Wareham toward the goal of integrating the Library operations into the Wareham town government system. By 1981, as a result of those efforts, the Library operations were partially integrated into the town government system, specifically as follows: library employees were reclassified as Town employees, handling of library bills and payroll was transferred to the Town Accountant and the Town Treasurer, and library funding became

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

part of the Town regular annual budget. The Library operation has since been funded through a combination of town appropriations and additional private donations, gifts and bequests. The library building remained privately owned, and in 1991 the physical library was moved to a new Town-owned building.

11. To oversee the partial transition of the Library into the town government system, a private Library Transition Committee was created, comprised of library trustees and town officials. The Committee considered special legislation as a means of transferring all Library operations to the Town, but ultimately voted against a transfer of assets to the Town. Thereafter, the Committee was discharged and the matter was not pursued further. The Library corporation was never dissolved and continues to exist as a private non-profit corporation to this time. See Exhibit 1, The Secretary of State's Certificate of Valid Existence.

12. The outcome of the transition was that the Library became a hybrid public/private entity. The Library operations were partially integrated into the town government system, with library employees being reclassified as Town employees by the State Labor Relations Board, handling of library bills and payroll coming under the jurisdiction of the Town, and the physical library being moved to a municipal building. On the other hand, the private non-profit Library corporation was never dissolved and its property and assets were never transferred to the Town; the corporation continues to exist and holds title to its funds and assets.

13. In 1979, as part of the transition effort, the then serving Trustees of the private Library corporation amended the corporation's by-laws to provide for a new method of selection of the trustees. The trustees then became appointed for terms of three years by a three-member committee consisting of the Wareham Town Moderator, the Chairman of the Board of Selectmen and the Chairman of the Library corporation Board of Trustees. This method of library trustee

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

selection has been followed consistently since 1979, challenged for the first time by Defendants at their official meeting on July 24, 2007. See Exhibit 2, Corporation's 1979 By-Laws.

14. The Trustees now continue to serve in their private capacities, as trustees of the private Library corporation. Their appointments are made by the three-member committee of which two members are town officials. They are sworn in to office by the Town Clerk.

15. All Plaintiffs were duly appointed for three year terms by the three-member committee. See Exhibit 3, Plaintiffs' Appointment Letters.

16. In late January 2007 the present Town-employed Library Director, Mary Jane Pillsbury, at the time serving also as a long-standing member of the Board of Selectmen, resigned from the Board of Selectmen as a result of escalating political and personal difficulties with fellow Selectmen, Defendants Eckstrom and Sauvageau. Pillsbury had previously openly opposed Eckstrom and Sauvageau on public town issues, and said Defendants caused her to resign by interfering with her in the performance of her duties.

17. In March 2007 the Board of Selectmen appointed the Town Treasurer, John Foster, as the Acting Town Administrator of Wareham. On March 21, 2007, Foster submitted a draft of the town budget prepared by his predecessor to the Board of Selectmen. The draft budget was then reviewed by the Town Finance Committee, working with Foster, who revised it several times and re-submitted with the Town Warrant.

18. The original draft of the budget cut the Library's funding by 54%. The Finance Committee and Foster reduced the cut to 17%. The Board of Selectmen then refused to include the revised budget in the Town Warrant, questioning the Finance Committee's right to present reviewed budgets to the Town Meeting. This action by the Board was prompted by vengeance directed at the Library Director Pillsbury.

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

19. Friends of The Wareham Free Library, Inc., a private non-profit corporation created for the purpose of supporting the Library, of which all Plaintiffs are active members, organized a grassroots opposition to the original budget. Friends sent out letters urging town residents to vote against the proposed 54% cut in the Library's funding.

20. Ultimately, the Finance Committee's revised budget was included in the Warrant. On April 30, 2007, the Town Meeting voted in favor of the revised budget supported by Plaintiffs and against the original draft supported by Defendants.

21. Thereafter, the Defendant Selectmen pursued a vindictive campaign against the funding sought by the Library, accusing the Trustees of "stacking" the town meeting.

22. On June 26, 2007, at a regular Board meeting, the Defendant Selectmen for the first time raised the issue of the manner of appointment of the Plaintiff Library Trustees. The matter had not been noticed on the Board's agenda for the meeting. However, Defendants Eckstrom and Sauvageau had come to the meeting prepared to discuss the matter, citing state statutes pertaining to appointment of public library trustees.

23. At the meeting, Defendant Eckstrom suggested that the Library Trustees were not appointed in accordance with the law and/or the Town Charter, and Defendant Sauvageau noted that the Board would ask the Town Counsel to review the matter; the Board, however, never voted in open session to engage the Town Counsel for that purpose.

24. For its meeting a month later, on July 24, 2007, the Board of Selectmen noticed the subject of appointment of the Plaintiff Library Trustees on its agenda and requested the Trustees to attend the meeting.

25. At the meeting on July 24, 2007, the Board reviewed a written opinion from Town Counsel questioning the legality of the appointment of the Library Trustees. The Board

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

then stated their preconceived position, now "validated" by Town counsel's letter, that Library Trustees had never been properly appointed, that Plaintiff Trustees were not properly appointed, and that there were no valid Trustees presently serving. Defendant Sauvageau made a motion, prepared in advance of the meeting, to begin the process of selecting new Trustees. The Board voted in favor unanimously.

26. Since that time, Defendants have continued to treat Plaintiffs as if they are not legally Library Trustees, in effect terminating Plaintiffs as Trustees, to the extent that Trustees act in a public capacity. If the Board of Library Trustees was a public multi-member body under the Town Charter (which Plaintiffs dispute), said termination would violate the Town Charter, which provides that appointed officers of the Town may not be suspended or removed from their duties except for cause and after a public hearing.

27. Defendants have also demanded, for the first time at the Board of Selectmen's meeting on July 24, 2007 and now continuing through Town counsel, that Plaintiffs turn over the Library corporation's monies and its financial and other records to Defendants and/or the Town counsel.

28. In April 2007 the Plaintiff Library Trustees voted to create a private foundation for the purpose of holding and managing private donations, gifts and bequests to the Library. Plaintiffs organized The Wareham Library Foundation, Inc. The Foundation holds and manages $350,000+ of privately donated and restricted funds to the Library. The Foundation holds no public funds.

29. The Board of Trustees is authorized by the Library corporation's by-laws and by state law to hold and manage all funds that are privately donated, gifted or bequeathed to the Library. Such funds constitute property of the Library corporation. Establishing a public trust

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

or foundation for the purpose of managing library funds is advised and encouraged by the Massachusetts State Board of Library Commissioners.

30. The Defendant Selectmen now demand that all funds held by the Foundation be turned over to the Town. The Trustees refuse to comply with this unlawful demand.

31. The Defendant Selectmen are making false public accusations suggesting dishonesty and other malfeasance by the Plaintiff Trustees. The Selectmen have made threats that the Library may be shut down and that wages of library employees may be frozen unless the Trustees comply with Defendants' demands.

32. Defendants' actions described above have caused damage to Plaintiffs as private citizens, for which Plaintiffs claim compensatory and punitive damages.

COUNT I
DECLARATORY JUDGMENT

33. Plaintiffs repeat and incorporate herein the allegations above.

34. There is an actual and justiciable controversy between the parties as to whether Plaintiffs are in fact and law validly serving as Trustees of Wareham Free Library and may not be removed (or declared non-Trustees and not in office) by Defendants.

35. There is an actual and justiciable controversy between the parties as to whether the current method of appointment of Library Trustees by the three-member authority pursuant to the private Library corporation's long-standing by-law procedures is legal and must continue to be followed in the future, or whether Defendants have a right to proceed with wholesale new appointments of Library Trustees without following the private Library corporation's by-law procedures.

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

36. There is an actual and justiciable controversy between the parties as to whether Plaintiffs must turn over the control of the privately donated funds of the Library to the Town and/or the Board of Selectmen.

37. A declaration by the Court is necessary to resolve these controversies between the parties.

COUNT II
INJUNCTIVE RELIEF

38. Plaintiffs repeat and incorporate herein the allegations above.

39. Injunctive relief is required to prevent ongoing harm to the public interest by the actions of the Board of Selectmen.

COUNT III
42 U.S.C. § 1983 and M.G.L. Ch. 12 §§ 11H and 11I
DAMAGES AND ATTORNEYS' FEES

40. Plaintiffs repeat and incorporate herein the allegations above.

41. Defendants have violated Plaintiffs' constitutional rights, both state and federal. Defendants are liable to Plaintiffs both as citizens and as Trustees of the Wareham Free Library to pay Plaintiffs' compensatory and punitive damages and attorneys' fees.

COUNT IV
42 U.S.C. § 1983 and M.G.L. Ch. 12 §§ 11H and 11I
INJUNCTIVE RELIEF

42. Plaintiffs repeat and incorporate herein the allegations above.

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

43. Injunctive relief is needed against Defendants individually and as members of the Board of Selectmen, enjoining the Defendants from ongoing violations of the Plaintiffs' constitutional rights.

WHEREFORE, plaintiffs request the following relief:

1. Judgment for plaintiffs and against defendants on all counts.

2. A declaration that Plaintiffs are in fact and law validly serving as Trustees of the Wareham Free Library and may not be removed (or declared non-Trustees and not in office) by Defendants.

3. A declaration that the current method of appointment of library trustees by the three-member appointing authority consisting of the Wareham Town Moderator, the Chairman of the Board of Selectmen and the Chairman of the Board of Trustees, pursuant to the private Library corporation's by-law procedures is legal and must continue to be followed in the future, and Defendants do not have the right to proceed with wholesale new appointments of Library Trustees without following said by-law procedures.

4. A declaration that the Plaintiffs need not turn over the control of the privately donated funds of the Library to the Town and/or the Board of Selectmen.

5. A declaration that Defendants have violated Plaintiffs' First Amendment rights and M.G.L. c. 12, §§ 11H and 11I.

6. Injunctive relief against defendants, enjoining Defendants both individually and officially from unlawfully interfering with the Plaintiffs' discharge of their duties as the duly appointed Trustees of Wareham Free Library, as follows:

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

a. Enjoining Defendants from removing the Plaintiff Trustees or declaring them non-Trustees and not in office and from proceeding with wholesale new appointments of Library Trustees;

b. Enjoining Defendants from appointing Library Trustees not according to the private Library corporation's by-law procedures;

c. Enjoining Defendants from demanding the Plaintiff Trustees to turn over the private Library corporation's monies and financial and other records to Defendants and/or the Town counsel; and

d. Enjoining Defendants from subpoenaing the Plaintiff Trustees to obtain the private Library corporation's financial and other records.

7. Injunctive relief against Defendants under 42 U.S.C. § 1983 and M.G.L. Ch. 12 §§ 11H and 11I, enjoining Defendants both individually and officially from further violations of Plaintiffs' constitutional rights.

8. Compensatory and punitive damages.

9. Costs and attorney's fees.

10. Such other relief as may be just and proper.

JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

Respectfully submitted by

PLAINTIFFS,

By their Attorneys,
BEAUREGARD, BURKE & FRANCO

PHILIP N. BEAUREGARD, BBO # 034870
TIMOUR ZOUBAIDOULLINE, BBO # 656212
32 William Street, New Bedford, MA 02740
Tel. No.: 508-993-0333

Dated: August 16, 2007

A TRUE COPY ATTEST
CLERK

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740



# The Commonwealth of Massachusetts

Secretary of the Commonwealth

State House, Boston, Massachusetts 02133

**William Francis Galvin**
**Secretary of the Commonwealth**

**August 10, 2007**

TO WHOM IT MAY CONCERN:

I hereby certify that

**WAREHAM FREE LIBRARY**

appears by the records of this office to have been incorporated under the General Laws of this Commonwealth on **September 2, 1891 (Chapter 180).**

I also certify that so far as appears of record here, said corporation still has legal existence.

**In testimony of which,**
**I have hereunto affixed the**
**Great Seal of the Commonwealth**
**on the date first above written.**

William Francis Galvin

Secretary of the Commonwealth

Processed By jbm

THE WAREHAM FREE LIBRARY

Bylaws, effective April 11, 1979

I. The name of this corporation shall be The Wareham Free Library.

II. The object of this corporation shall be the establishment and maintenance of a public library with a reading room for the use of all citizens and residents of the Town of Wareham, and the promotion of education and good citizenship.

III. There shall be an annual meeting of the corporation held on the second Wednesday of July each year. Special meetings shall be called by the clerk at the direction of the Chairman or Vice-Chairman. It shall also be the duty of the clerk to call a meeting of the corporation at the written request of five members. Trustees shall meet at least 10 times a year; a trustee who misses 50 percent or more of the meetings shall be requested to resign by vote of the board. Seven days notice shall be given of all meetings of the corporation. At all meetings of the trustees a majority of the board shall constitute a quorum, but a lesser number may adjourn.

IV. The officers and directors of the corporation, herein called trustees, shall consist of a Chairman, Vice-Chairman, Treasurer, Assistant Treasurer, Clerk and seven additional trustees. All officers of the corporation shall be chosen by the trustees from their own number. Those officers shall have the powers usually excercised by their offices. The Vice-Chairman shall have all the powers of the Chairman in the absence of the latter. The

The Treasurer shall pay for expenditures approved by the board. The fiscal year shall run from July 1 to June 30.

V. Members of the board of trustees shall be residents and registered voters of the Town of Wareham. The terms of the members of the board of trustees shall be three years. No trustee may serve more than two consecutive terms. The members of the board of trustees shall be appointed by a committee consisting of the Chairman of the board of trustees, the Chairman of the board of selectmen and the town moderator. Appointments to fill unexpired terms shall be made in the same manner. The treasurer may be exempted from the limitation of two consecutive terms by vote of the board of trustees.

VI. The board of trustees shall have general charge of the affairs of the library and reading room. It shall engage and discharge the Library Director and Assistant Director, establish rules and regulations for good order and the proper use of the library and reading room, and at any time alter the same. They may impose and collect all fines and forfeitures. They shall approve the bond of the Treasurer and fix the amount of the same. They may appoint and discharge such subcommittees as they may see fit and change at any time the duties and membership of the same.

VII. At all regular meetings of the corporation, a majority of the members shall constitute a quorum, but a lesser number may adjourn. Any member may act by written proxy at such meetings. The proxy shall be filed with the clerk.



# TOWN OF WAREHAM

# APPOINTING AUTHORITY

Wareham, Massachusetts, June 8, 2004

Mary Nyman
79 Green Gate Lane
PO Box ~~881~~ 642
~~Onset~~, MA ~~02558~~ 02571
Wareham

The undersigned authorized officials of the Town of Wareham have this day appointed you as a member of the **Library Board of Trustees** to a term expiring on June 30, 2007.

APPOINTING AUTHORITY

John T. Donahue, Town Moderator

Patrick G. Tropeano, Chairman
Board of Selectmen

Hazel Taber, Chairman
Library Board of Trustees

This appointment is not valid until you have taken the oath of office and are sworn-in before the Town Clerk.

I hereby acknowledge receipt of the Open Meeting Law. Mary Nyman
Signature

Plymouth, § July 27, 2004

Then personally appeared the above named person and made an oath that he/she will perform the duties of said office to the best of his/her knowledge and belief.

Before me Mary Nyman

Town Clerk asst



FILE COPY

# TOWN OF WAREHAM

## APPOINTING AUTHORITY

Wareham, Mass., June 21, 2005

Hazel E. Taber
136 Marion Road
Wareham, MA 02571

The undersigned authorized officials of the Town of Wareham have this day appointed you as a member to the Library Board of Trustees to a term to expire June 30, 2008.

APPOINTING AUTHORITY

John T. Donahue, Town Moderator

Bruce D. Sauvageau, Chairman
Board of Selectmen

Mary Nyman, Chairman, Library Board of Trustees

This appointment is not valid until you have taken oath of office before the Town Clerk.
I hereby acknowledge receipt of the Open Meeting Law. Hazel E. Taber
Signature

Plymouth, S.S. Date: July 13, 2005

Then personally appeared the above named person and made oath that he/she will perform the duties of said office to the best of his/her knowledge and belief.

Before me Hazel E Taber

Elaine Coggeshall
TOWN CLERK asst.



# TOWN OF WAREHAM

# APPOINTING AUTHORITY

Wareham, Massachusetts, June 8, 2004

Michelle A. Baum
10 Peter Cooper Drive
Wareham, MA 02571

The undersigned authorized officials of the Town of Wareham have this day appointed you as a member of the **Library Board of Trustees** to a term expiring on June 30, 2007.

**APPOINTING AUTHORITY**

John T. Donahue, Town Moderator

Patrick G. Tropeano, Chairman
Board of Selectmen

Hazel Tabor, Chairman
Library Board of Trustees

This appointment is not valid until you have taken the oath of office and are sworn-in before the Town Clerk.

I hereby acknowledge receipt of the Open Meeting Law. ____________
Signature

Plymouth, § Sept 7, 2004

Then personally appeared the above named person and made an oath that he/she will perform the duties of said office to the best of his/her knowledge and belief.

Before me Michelle A. Baum

Town Clerk



# TOWN OF WAREHAM

# APPOINTING AUTHORITY

Wareham, Mass., July 20, 2004

Sandra Wheeler
35 Long Beach Way
Wareham, MA 02571

The undersigned authorized officials of the Town of Wareham have this day appointed you as a member to the Library Board of Trustees to a term to expire June 30, 2007.

APPOINTING AUTHORITY

John T. Donahue, Town Moderator

Patrick G. Tropeano, Chairman
Board of Selectmen

Hazel E. Taber
Hazel E. Taber, Chairman
Library Board of Trustees

This appointment is not valid until you have taken oath of office before the Town Clerk.
I Hereby acknowledge receipt of the Open Meeting Law. Sandra Stuart Wheeler
Signature

Date: August 6, 2004

Plymouth, S.S. Aug. 6, 2004

Then personally appeared the above the above named person and made oath that he/she will perform the duties of said office to the best of his/her knowledge and belief.

Before me

Town Clerk



FILE COPY

# TOWN OF WAREHAM

## APPOINTING AUTHORITY

Wareham, Mass., June 27, 2006

John Lanci
33 Raspberry Road
East Wareham, MA 02538

The undersigned authorized officials of the Town of Wareham have this day appointed you as a member to the Library Board of Trustees (2nd Term) to a term to expire June 30, 2009.

APPOINTING AUTHORITY

John T. Donahue, Town Moderator

R. Renee Fernandes-Abbott

R. Renee Fernandes-Abbott, Chairman, Board of Selectmen

Vice Chair

John Lanci, Chairman, Library Board of Trustees

This appointment is not valid until you have taken oath of office before the Town Clerk.
I hereby acknowledge receipt of the Open Meeting Law. ______________
Signature

Plymouth, S.S. Date: 6/29/06

Then personally appeared the above named person and made oath that he/she will perform the duties of said office to the best of his/her knowledge and belief.

Before me John Lanci

TOWN CLERK

# TOWN OF WAREHAM

# APPOINTING AUTHORITY

Wareham, Mass., July 20, 2004

Martha Maguire
6 Prospect Avenue
Onset, MA 02558

The undersigned authorized officials of the Town of Wareham have this day appointed you as a member to the Library Board of Trustees to a term to expire June 30, 2007.

APPOINTING AUTHORITY

John T. Donahue, Town Moderator

Patrick G. Tropeano, Chairman
Board of Selectmen

Hazel E. Taber, Chairman
Library Board of Trustees

This appointment is not valid until you have taken oath of office before the Town Clerk.
I Hereby acknowledge receipt of the Open Meeting Law.____________
Signature

Date: 8/20/04

Plymouth, S.S. Aug. 20, 2004

Then personally appeared the above the above named person and made oath that he/she will perform the duties of said office to the best of his/her knowledge and belief.

Before me

Town Clerk





# TOWN OF WAREHAM

## APPOINTING AUTHORITY

Wareham, Mass., June 27, 2006

Yelena Farioli-Beaupre
10 Gibbs Avenue
Wareham, MA 02571

The undersigned authorized officials of the Town of Wareham have this day appointed you as a member to the Library Board of Trustees (1st Term) to a term to expire June 30, 2009.

**APPOINTING AUTHORITY**

John T. Donahue, Town Moderator

R. Renee Fernandes-Abbott

R. Renee Fernandes-Abbott, Chairman, Board of Selectmen

Maryann Mayman Vice Chair

John Lanci, Chairman, Library Board of Trustees

This appointment is not valid until you have taken oath of office before the Town Clerk.
I hereby acknowledge receipt of the Open Meeting Law Yelena Farioli-Beaupre
Signature
Plymouth, S.S. Date: 7/11/06

Then personally appeared the above named person and made oath that he/she will perform the duties of said office to the best of his/her knowledge and belief.

Before me Yelena Farioli-Beaupre

Donna J. Rhodes
TOWN CLERK Dept Asst

FILE COPY

# TOWN OF WAREHAM

## APPOINTING AUTHORITY

Wareham, Mass., July 19, 2005

Diane S. Lazarus
2 Mya's Court
Wareham, MA 02571

The undersigned authorized officials of the Town of Wareham have this day appointed you as a member to the Library Board of Trustees (1st Term) to a term to expire June 30, 2008.

APPOINTING AUTHORITY

John T. Donahue, Town Moderator

Bruce D. Sauvageau, Chairman
Board of Selectmen

Hazel Taber, Chairman, Library Board of Trustees

This appointment is not valid until you have taken oath of office before the Town Clerk.
I hereby acknowledge receipt of the Open Meeting Law. Diane S. Lazarus
Signature

Plymouth, S.S. Date: 8/9/05

Then personally appeared the above named person and made oath that he/she will perform the duties of said office to the best of his/her knowledge and belief.

Before me Diane S. Lazarus

Donna J. Rhodes
TOWN CLERK Dept Asst

**CIVIL ACTION COVER SHEET**

07-1065B

Trial Court of Massachusetts
**Superior Court Department**
County: Plymouth

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Wareham Free Library, Inc. and Trustees of Wareham Free Library, Inc., Individually and Officially | Town of Wareham and Memberfs of the Wareham Board of Selectmen, Individually and Officially |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>Philip N. Beauregard<br>Beauregard, Burke & Franco, 32 William Street, New Bedford, MA 02740<br>Board of Bar Overseers number: 034780 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:

- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| D13 | Declaratory Judgment and Injunctive Relief | ( ) | ( X ) Yes ( ) No |

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.**

**TORT CLAIMS**

(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses . . . . . $ . . . . .
2. Total Doctor expenses . . . . . $ . . . . .
3. Total chiropractic expenses . . . . . $ . . . . .
4. Total physical therapy expenses . . . . . $ . . . . .
5. Total other expenses (describe) . . . . . $ . . . . .

**Subtotal $** . . . . .

B. Documented lost wages and compensation to date . . . . . $ . . . . .
C. Documented property damages to date . . . . . $ . . . . .
D. Reasonably anticipated future medical and hospital expenses . . . . . $ . . . . .
E. Reasonably anticipated lost wages . . . . . $ . . . . .
F. Other documented items of damages (describe)

$ . . . . .

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY
AUG 17 2008
[signature]
CLERK

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

Plaintiffs' state and federal civil rights have been violated, and plaintiffs have been interfered with in their performance of their duties.

$ . . . . .

**TOTAL $** Unknown

**CONTRACT CLAIMS**

(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

Also, Equity action seeking injunctive relief.

**TOTAL $.** . . . . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

A TRUE COPY ATTEST

Signature of Attorney of Record [signature] DATE: 8/16/07

[signature]
CLERK

OTC-6 mtc005-11/99
A.O.S.C. 1-2000

# CIVIL ACTION COVER SHEET
## INSTRUCTIONS

### SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

**CONTRACT**

| Code | Description | Track |
|---|---|---|
| 01 | Services, labor and materials | (F) |
| 02 | Goods sold and delivered | (F) |
| 03 | Commercial Paper | (F) |
| 08 | Sale or lease of real estate | (F) |
| 12 | Construction Dispute | (A) |
| 99 | Other (Specify) | (F) |

**TORT**

| Code | Description | Track |
|---|---|---|
| 03 | Motor Vehicle negligence-personal injury/property damage | (F) |
| 04 | Other negligence-personal injury/property damage | (F) |
| 05 | Products Liability | (A) |
| 06 | Malpractice-medical | (A) |
| 07 | Malpractice-other(Specify) | (A) |
| 08 | Wrongful death,G.L.c.229,s2A | (A) |
| 15 | Defamation (Libel-Slander) | (A) |
| 19 | Asbestos | (A) |
| 20 | Personal Injury-Slip&Fall | (F) |
| 21 | Environmental | (A) |
| 22 | Employment Discrimination | (F) |
| 99 | Other (Specify) | (F) |

**REAL PROPERTY**

| Code | Description | Track |
|---|---|---|
| C01 | Land taking (eminent domain) | (F) |
| C02 | Zoning Appeal, G.L. c.40A | (F) |
| C03 | Dispute concerning title | (F) |
| C04 | Foreclosure of mortgage | (X) |
| C05 | Condominium lien and charges | (X) |
| C99 | Other (Specify) | (F) |

**EQUITABLE REMEDIES**

| Code | Description | Track |
|---|---|---|
| D01 | Specific performance of contract | (A) |
| D02 | Reach and Apply | (F) |
| D06 | Contribution or Indemnification | (F) |
| D07 | Imposition of Trust | (A) |
| D08 | Minority Stockholder's Suit | (A) |
| D10 | Accounting | (A) |
| D12 | Dissolution of Partnership | (F) |
| D13 | Declaratory Judgment G.L.c.231A | (A) |
| D99 | Other (Specify) | (F) |

**MISCELLANEOUS**

| Code | Description | Track |
|---|---|---|
| E02 | Appeal from administrative Agency G.L. c. 30A | (X) |
| E03 | Action against Commonwealth Municipality, G.L. c.258 | (A) |
| E05 | All Arbitration | (X) |
| E07 | c.112,s.12S (Mary Moe) | (X) |
| E08 | Appointment of Receiver | (X) |
| E09 | General contractor bond, G.L. c.149,s.29,29a | (A) |
| E11 | Workman's Compensation | (X) |
| E14 | Chapter 123A Petition-SDP | (X) |
| E15 | Abuse Petition, G.L.c.209A | (X) |
| E16 | Auto Surcharge Appeal | (X) |
| E17 | Civil Rights Act, G.L.c.12,s.11H | (A) |
| E18 | Foreign Discovery proceeding | (X) |
| E96 | Prisoner Cases | (F) |
| E97 | Prisoner Habeas Corpus | (X) |
| E99 | Other (Specify) | (X) |

**TRANSFER YOUR SELECTION TO THE FACE SHEET.**

EXAMPLE:

| CODE NO. | TYPE OF ACTION (SPECIFY) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | (F) | ☒ Yes ☐ No |

### SUPERIOR COURT RULE 29

**DUTY OF THE PLAINTIFF.** The plaintiff or his/her counsel shall set forth, on the face sheet (or attach additional sheets as necessary), a statement specifying in full and itemized detail the facts upon which the plaintiff then relies as constituting money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served on the defendant together with the complaint. If a statement of money damages, where appropriate is not filed, the Clerk-Magistrate shall transfer the action as provided in Rule 29(5)(C).

**DUTY OF THE DEFENDANT.** Should the defendant believe the statement of damages filed by the plaintiff in any respect inadequate, he or his counsel may file with the answer a statement specifying in reasonable detail the potential damages which may result should the plaintiff prevail. Such statement, if any, shall be served with the answer.

**A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT, BUFF COLOR PAPER.**

**FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY MAY RESULT IN DISMISSAL OF THIS ACTION.**

**Commonwealth of Massachusetts**
**County of Plymouth**
**The Superior Court**

CIVIL DOCKET # **PLCV2007-01065-B**
**Courtroom Superior Court Courtroom 3rd fl (52 Obery Street, Plymouth)**

RE: **Wareham Free Library, Inc.et als et al v The Town of Wareham et al**

TO: Timour Zoubaidoulline, Esquire
Beauregard & Burke
32 William Street
PO Box 952
New Bedford, MA 02740

**SCHEDULING ORDER FOR A TRACK**

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue by **08/01/2010**

| **STAGES OF LITIGATION** | **DEADLINES** | | |
|---|---|---|---|
| | **SERVED BY** | **FILED BY** | **HEARD BY** |
| Service of process made and return filed with the Court | 11/15/2007 | 11/15/2007 | |
| Response to the complaint filed (also see MRCP 12) | | 12/15/2007 | |
| All motions under MRCP 12, 19, and 20 | 12/15/2007 | 01/14/2008 | 02/13/2008 |
| All motions under MRCP 15 | 10/10/2008 | 11/09/2008 | 11/09/2008 |
| All discovery requests **and depositions** served and non-expert depositions completed | 08/06/2009 | | |
| All motions under MRCP 56 | 09/05/2009 | 10/05/2009 | |
| Final pre-trial conference held and/or firm trial date set | | | 02/02/2010 |
| Case shall be resolved and judgment shall issue by **08/01/2010** | | | **08/01/2010** |

- **The final pre-trial deadline is not the scheduled date of the conference.**
- **You will be notified of that date at a later time.**
- **Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

Dated: 08/17/2007

Francis R. Powers
Clerk of the Court

Telephone: (508) 747-6911

A TRUE COPY ATTEST

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130** --Check website as to status of case: http://**ma-trialcourts.org/tcic**

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.

SEP 12 2007
PLYMOUTH SUPERIOR COURT

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT OF THE COMMONWEALTH
CIVIL ACTION NO. PLCV2007-01065-B

Wareham Free Library, Inc., et al ..........., Plaintiff(s)

vs.

The Town of Wareham, et al ..........., Defendant(s)

## SUMMONS

To the above-named defendant: Town Clerk; Town of Wareham, 54 Marion Road, Wareham, MA

You are hereby summoned and required to serve upon Philip N. Beauregard plaintiff attorney, whose address is 32 William St., New Bedford, MA 02740, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Plymouth either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse Esquire, at Plymouth the 31st day of August, in the year of our Lord Two thousand and seven.

Francis R. Powers

CLERK.

NOTES

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. To the plaintiff's attorney: please circle type of action involved-Tort-Motor Vehicle Tort-Contract-Equitable Relief-Other.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on September 4, 2007, I served a copy of the within summons together with a copy with a copy of the complaint in this action, upon the within-named defendant, in the following manner(See Mass. R. Civ. P. 4(d)(1-5):

By way of Certified Mail, Return Receipt No. 7007 0710 0004 4721 9210, a copy of which is attached.

Dated: Sept. 7th, 2007 [signature]

N.B. TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

| September 4, 2007 |
|---|

A TRUE COPY ATTEST
Francis R. Powers
CLERK

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office at Plymouth.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Town Clerk
Town of Wareham
54 MARION RD.
Wareham, MA

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [illegible]

C. Date of Delivery 9/4

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7007 0710 0004 4721 9210

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT OF THE COMMONWEALTH
CIVIL ACTION NO. PLCV2007-01065-B

FILED SEP 12 2007 PLYMOUTH SUPERIOR COURT

FILED COMMONWEALTH OF MASSACHUSETTS SUPERIOR COURT DEPT. OF THE TRIAL COURT PLYMOUTH COUNTY SEP 12 2007 CLERK

Wareham Free Library, Inc. et al, Plaintiff(s)

vs.

The Town of Wareham, et al, Defendant(s)

**SUMMONS**

To the above-named defendant: Chairman of the Board of Selectmen, Town of Wareham
54 Marion Road, Wareham, MA

You are hereby summoned and required to serve upon Philip N. Beauregard plaintiff attorney, whose address is 32 William St., New Bedford, MA 02740, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Plymouth either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse Esquire, at Plymouth the 31st day of August, in the year of our Lord Two thousand and seven.

Francis R. Powers
CLERK.

NOTES

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. To the plaintiff's attorney: please circle type of action involved-Tort-Motor Vehicle Tort-Contract-Equitable Relief-Other.

**PROOF OF SERVICE OF PROCESS**

I hereby certify and return that on September 4, 2007 I served a copy of the within summons together with a copy with a copy of the complaint in this action, upon the within-named defendant, in the following manner(See Mass. R. Civ. P. 4(d)(1-5):

By way of Certified Mail, Return Receipt No. 7007 0710 0004 4721 9203, a copy of which is attached.

Dated: September 7, 2007 [signature]

N.B. TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

| September 4, 2007 |
|---|

A TRUE COPY ATTEST
Francis R. Powers
CLERK

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office at Plymouth.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chairman of the Board
of Selectmen
Town of Wareham
54 Marion Rd.
Wareham, MA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (*Printed Name*) [illegible]

C. Date of Delivery 9/4

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7007 0710 0004 4721 9203

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540



UNITED STATES POSTAL SERVICE
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
• Sender: Please print your name, address, and ZIP+4 in this box •
LAW OFFICES OF
BEAUREGARD, BURKE & FRANCO
P.O. Box 952
New Bedford, MA 02741
Wareham Free Library / LL-PNB

RECEIVED
SEP 12 2007
PLYMOUTH SUPERIOR COURT

LAW OFFICES OF
BEAUREGARD, BURKE & FRANCO
THE ANDREW ROBESON HOUSE
P.O. BOX 952
32 WILLIAM STREET
NEW BEDFORD, MA 02740

TEL.: (508) 993-0333
FAX: (508) 990-2045
FAX: (508) 990-2002

PHILIP N. BEAUREGARD
RICHARD E. BURKE, JR.
MICHAEL FRANCO
JAMES HODGSON
TIMOUR ZOUBAIDOULLINE
JASON PARENT

CHRISTOPHER J. CAREY
HON. WILLIAM H. CAREY
OF COUNSEL

E-Mail: andrew.robeson@verizon.net

September 10, 2007

Civil Clerk's Office
Plymouth Superior Court
Courthouse, Court Street
Plymouth, MA 02360

RE: Wareham Free Library, Inc., et al
v. The Town of Wareham, et al

Dear Sir/Madam:

Enclosed please find the following for filing:

- Summons with Return of Service (2) for:

  - Chairman of the Board of Selectmen, Town of Wareham; and
  - Town Clerk, Town of Wareham.

Thank you for your attention to this matter.

Very truly yours,

PHILIP N. BEAUREGARD

PNB/ll
Enclosures