CERTIFICATE OF SERVICE

    I, TIMOUR ZOUBAIDOULLINE, hereby certify that I have served a true copy of the Answer to Counterclaim and Counterclaim for Indemnification to Richard Bowen and Elizabeth Corbo, Kopelman & Paige, 101 Arch Street, Boston, MA 02110, and Leonard H. Kesten and Peter E. Montgomery, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116, via ECF Filing this 17th day of October, 2007.

                                                    /s/ Timour Zoubaidoulline
                                      TIMOUR ZOUBAIDOULLINE BBO#656212