CERTIFICATE OF SERVICE

    I, PHILIP N. BEAUREGARD, hereby certify that I have served a true copy of the Third Party Complaint to Richard Bowen and Elizabeth Corbo, Kopleman & Paige, 101 Arch Street, Boston, MA 02110 and Leonard H. Kesten and Peter E. Montgomery, Brody, Hardoon, Perkins & Kesten, LLP, via ECF filing this 25th day of October, 2007.

                                                /s/ Philip N. Beauregard
                                           PHILIP N. BEAUREGARD #034780