UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 07-CV-11807

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC., and PRISCILLA PORTER, MARY NYMAN, HAZAL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc.<br><br>Plaintiffs<br><br>v.<br><br>THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, and M. JANE DONAHUE, Individually and As Members of the Board of Selectmen of Wareham.<br><br>Defendants | NOTICE OF APPEARANCE |

TO THE CLERK OF THE ABOVE NAMED COURT:

 Please enter my appearance as counsel for the TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER and M. JANE DONAHUE, as they are members of the Board of Selectmen of Wareham, in the above-captioned matter.

              BOARD OF SELECTMEN OF
              THE TOWN OF WAREHAM
              By its attorney,

              /s/_____
              Jonathan M. Silverstein (BBO# 630431)
              Kopelman and Paige, P.C.
               Town Counsel
              101 Arch Street, 12th Floor
              Boston, MA 02110-1109
              (617) 556-0007

## CERTIFICATE OF SERVICE

    I, Jonathan M. Silverstein, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

                                          /s/ Jonathan M. Silverstein

330913/WARH/0261