UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | Civil Action No. 07-CV-11807 RGS |
| WAREHAM FREE LIBRARY, INC. and ) | |
| PRISCILLA PORTER, MARY NYMAN, ) | |
| HAZEL TABER, MICHELLE BAUM, ) | |
| SANDRA WHEELER, JOHN LANCI, ) | |
| MARTHA MAGUIRE, YELENA ) | |
| FARIOLI-BEAUPRE, and DIANE ) | |
| LAZARUS, Individually and As Trustees ) | |
| of Wareham Free Library, Inc., ) | |
| ) | |
| Plaintiffs/Defendants in Counterclaim, ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| THE TOWN OF WAREHAM, and ) | |
| BRENDA ECKSTROM, BRUCE ) | |
| SAUVAGEAU, JOHN CRONAN, JAMES ) | |
| PORTER, and M. JANE DONAHUE, ) | |
| Individually and As Members of The Board ) | |
| of Selectmen of Wareham, ) | |
| ) | |
| Defendants/Plaintiffs in Counterclaim. ) | |
| _____) | |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as an attorney of record for Friends of Wareham Free

Library, Inc. in the above-captioned action.

/s/ Thomas J. Gallitano_____
Thomas J. Gallitano (BBO # 550745)
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200
tgallitano@ckrpf.com

Dated:  December 5, 2007

### Certificate of Service

In accordance with the Electronic Case File ("ECF") Administrative Procedures of the United States District Court for the District of Massachusetts, I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants by U.S. Mail on December 5, 2007.

/s/ Thomas J. Gallitano
Thomas J. Gallitano

299583.1