UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC. and PRISCILLA PORTER, MARY NYMAN, HAZEL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc., <br><br> Plaintiffs/Defendants in Counterclaim, <br><br> v. <br><br> THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES PORTER, and M. JANE DONAHUE, Individually and As Members of The Board of Selectmen of Wareham, <br><br> Defendants/Plaintiffs in Counterclaim. | Civil Action No. 07-CV-11807 RGS <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as an attorney of record for Friends of Wareham Free Library, Inc. in the above-captioned action.

/s/ Lurleen A. Manning_____
Lurleen A. Manning (BBO # 655109)
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200
lmanning@ckrpf.com

Dated: December 5, 2007

## Certificate of Service

  In accordance with the Electronic Case File ("ECF") Administrative Procedures of the United States District Court for the District of Massachusetts, I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants by U.S. Mail on December 5, 2007.

                  /s/ Thomas J. Gallitano_____
                  Thomas J. Gallitano

300130.1