UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC. and PRISCILLA PORTER, MARY NYMAN, HAZEL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc., <br><br>Plaintiffs/Defendants in Counterclaim, <br><br>v. <br><br>THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES PORTER, and M. JANE DONAHUE, Individually and As Members of The Board of Selectmen of Wareham, <br><br>Defendants/Plaintiffs in Counterclaim. | Civil Action No. 07-CV-11807 RGS |

## CORPORATE DISCLOSURE STATEMENT
## OF COUNTERCLAIM DEFENDANT
## THE FRIENDS OF THE WAREHAM FREE LIBRARY, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Counterclaim Defendant The Friends of the Wareham Free Library, Inc. discloses that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

THE FRIENDS OF THE WAREHAM
FREE LIBRARY, INC.,

By its attorney,

/s/ Thomas J. Gallitano_____
Thomas J. Gallitano (BBO # 550745)
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200
tgallitano@ckrpf.com

Dated: January 3, 2008

## Certificate of Service

In accordance with the Electronic Case File ("ECF") Administrative Procedures of the United States District Court for the District of Massachusetts, I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants by U.S. Mail on January 3, 2008.

/s/ Thomas J. Gallitano_____
Thomas J. Gallitano

302079.1