UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC. and ) <br> PRISCILLA PORTER, MARY NYMAN, HAZEL ) <br> TABER, MICHELLE BAUM, SANDRA WHEELER, ) <br> JOHN LANCI, MARTHA MAGUIRE, YELENA ) <br> FARIOLI-BEAUPRE, and DIANE LAZARUS, ) <br> Individually and as Trustees of the Wareham Free Public ) <br> Library, Inc., ) <br>     Plaintiffs/Defendants-in-Counterclaim/ ) <br>     Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE TOWN OF WAREHAM and BRENDA ) <br> ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, ) <br> JAMES POTTER, and M. JANE DONAHUE, Individually ) <br> and as Members of The Board of Selectmen of Wareham, ) <br>     Defendants/Plaintiffs-in-Counterclaim, ) <br> ) <br> v. ) <br> ) <br> MASSACHUSETTS INTERLOCAL INSURANCE ) <br> ASSOCIATION, ) <br>     Third-Party Defendant. ) | CIVIL ACTION <br> NO.: 1:07-cv-11807-RGS |

ANSWER OF THE THIRD PARTY DEFENDANT,
MASSACHUSETTS INTERLOCAL INSURANCE ASSOCIATION
<u>TO THIRD PARTY COMPLAINT AND JURY CLAIM</u>

<u>FIRST DEFENSE</u>

The Third Party Complaint fails to state a claim against the Third Part Defendant, Massachusetts Interlocal Insurance Association (hereinafter "MIIA") upon which relief can be granted.

<u>SECOND DEFENSE</u>

The Third-Party Defendant, MIIA, responds to the allegations contained in the Third Party Complaint, paragraph by paragraph, as follows:

1.      The Third Party Defendant, MIIA, is without knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph of the Third Party Complaint, and therefore denies the same.

2.      The Third Party Defendant, MIIA, denies the allegations set forth in this paragraph of the Third Party Complaint.  The Third Party Defendant further provides that MIIA Property and Casualty Group, Inc. is a self insured governmental insurance group of which the Town of Wareham is a member.   MIIA Property and Casualty Group, Inc. administers insurance on behalf of the Town of Wareham and has its principal place of business in Boston, Massachusetts.

3.      The Third Party Defendant, MIIA, denies the allegations set forth in this paragraph of the Third Party Complaint.  The Third Party Defendant further provides that MIIA Property and Casualty Group, Inc. is a self insured governmental insurance group of which the Town of Wareham is a member.   MIIA Property and Casualty Group, Inc. administers insurance on behalf of its members, including the Town of Wareham and administers a general liability policy to the Town of Wareham.

4.      The Third Party Defendant admits that the policy extends to elected, appointed or employed offices of the Town and/or appointed members of commissions, committees, agencies and/or boards in certain circumstances. The Third Party Defendant denies the remaining allegations as pled in this paragraph of the Third Party Complaint.

5.      The Third Party Defendant admits that the Town of Wareham has brought a counterclaim in this action against the Third Party Plaintiffs and that they have alleged negligence by the Third Party Plaintiffs.  The Counterclaim also includes allegations that

the Third Party Plaintiffs are "de facto" trustees for the public library. The Third Party Defendant further states that the Counterclaim must be read as a whole and in its entirety.

6. The Third Party Defendant denies the allegations set forth in this paragraph of the Third Party Complaint.

7. The Third Party Defendant admits that a demand for coverage and a request for a defense and indemnification has been made upon MIIA.

8. The Third Party Defendant has denied the Third Party Plaintiffs request for coverage and/or to provide a defense or indemnification. The Third Party Defendant admits that one of the basis for the denial of coverage is that the Third Party Plaintiffs are private parties. The Third Party Defendant also relies on other policy provisions in support of its refusal to provide coverage to the Third Party Plaintiffs.

9. The Third Party Defendant denies the allegations set forth in this paragraph of the Third Party Complaint.

Count I – Breach of Contract

10. The Third Party Defendant repeats its responses to the allegations set forth in paragraphs 1 – 9 of the Third Party Complaint as if set forth in full herein.

11. The Third Party Defendant denies the allegations set forth in this paragraph of the Third Party Complaint.

12. The Third Party Defendant denies the allegations set forth in this paragraph of the Third Party Complaint.

Count II – Declaratory Judgment/Injunctive Relief

13. The Third Party Defendant repeats its responses to the allegations set forth in paragraphs 1 – 12 of the Third Party Complaint as if set forth in full herein.

14. The Third Party Defendant denies the allegations set forth in this paragraph of the Third Party Complaint.

15. The Third Party Defendant denies the allegations set forth in this paragraph of the Third Party Complaint.

16. The Third Party Defendant denies the allegations set forth in this paragraph of the Third Party Complaint.

WHEREFORE, the Third Party Defendant denies the Third Party Plaintiff is entitled to judgment in any amount or kind.

### THIRD DEFENSE

By way of affirmative defense, the Third-Party Defendant states that there has been a misnomer of the Third-Party Defendant and that the Third party Plaintiffs action against "MIIA" should be dismissed.

### FOURTH DEFENSE

By way of affirmative defense, the Third-Party Defendant states that the Third Party Defendant, MIIA, did not issue a policy to the Town of Wareham and, therefore, the Third-Party Complaint against it should be dismissed.

### FIFTH DEFENSE

By way of affirmative defense, the Third Party Defendant state that the Third Party Plaintiffs is not entitled to recover based on terms and conditions of the insurance policy between MIIA Property and Casualty Group, Inc. and the Town of Wareham.

## JURY DEMAND

The Third Party Defendant demands a trial by jury on all counts and causes of action so triable.

Dated: January 10, 2008

Respectfully submitted,
The Third Party Defendant,
By its attorneys,

TANG & MARAVELIS, P.C.

**/s/ Arthur E. Maravelis**

_____
Arthur E. Maravelis (564673)
50 Mall Road, Suite 111
Burlington, MA 01803
781-221-1400

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by mail on January 10, 2008.

**/s/ Arthur E. Maravelis**

_____
Arthur E. Maravelis

MIIA274 ANSWER THIRD PARTY COMPLAINT