# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

C.A. No. 07-CV-11807

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC., and PRISCILLA PORTER, MARY NYMAN, HAZAL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc.<br><br>     Plaintiffs<br><br>v.<br><br>THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, and M. JANE DONAHUE, Individually and As Members of the Board of Selectmen of Wareham.<br><br>     Defendants | CERTIFICATION PURSUANT TO RULE 16.1 |

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ Brenda Eckstrom
Brenda Eckstrom

/s/ Peter E. Montgomery
Leonard H. Kesten (BBO# 542042)
Peter E. Montgomery (BBO# 632698)
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

BOARD OF SELECTMEN OF
THE TOWN OF WAREHAM
By its attorney,


/s/ George X. Pucci
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007


<u>CERTIFICATE OF SERVICE</u>

     I, George X. Pucci, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

<u>/s/ George X. Pucci</u>

335997/WARH/0261

C.A. No. 07-CV-11807

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC., and PRISCILLA PORTER, MARY NYMAN, HAZAL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc. | |
| Plaintiffs | CERTIFICATION PURSUANT TO RULE 16.1 |
| v. | |
| THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, and M. JANE DONAHUE, Individually and As Members of the Board of Selectmen of Wareham. | |
| Defendants | |

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ M. Jane Donahue
M. Jane Donahue

/s/ Peter E. Montgomery
Leonard H. Kesten (BBO# 542042)
Peter E. Montgomery (BBO# 632698)
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

BOARD OF SELECTMEN OF
THE TOWN OF WAREHAM
By its attorney,


/s/ George X. Pucci
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007




<u>CERTIFICATE OF SERVICE</u>

I, George X. Pucci, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

<u>/s/ George X. Pucci</u>

335997/WARH/0261

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 07-CV-11807

WAREHAM FREE LIBRARY, INC., and
PRISCILLA PORTER, MARY NYMAN,
HAZAL TABER, MICHELLE BAUM,
SANDRA WHEELER, JOHN LANCI,
MARTHA MAGUIRE, YELENA FARIOLI-
BEAUPRE, and DIANE LAZARUS,
Individually and As Trustees of Wareham Free
Library, Inc.

       Plaintiffs

v.

THE TOWN OF WAREHAM, and BRENDA
ECKSTROM, BRUCE SAUVAGEAU, JOHN
CRONAN, JAMES POTTER, and M. JANE
DONAHUE, Individually and As Members of
the Board of Selectmen of Wareham.

       Defendants

CERTIFICATION PURSUANT TO
RULE 16.1

       We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ John Cronan
John Cronan

/s/ Peter E. Montgomery
Leonard H. Kesten (BBO# 542042)
Peter E. Montgomery (BBO# 632698)
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

BOARD OF SELECTMEN OF
THE TOWN OF WAREHAM
By its attorney,


/s/ George X. Pucci
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007


CERTIFICATE OF SERVICE

    I, George X. Pucci, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

/s/ George X. Pucci

335997/WARH/0261

C.A. No. 07-CV-11807

WAREHAM FREE LIBRARY, INC., and
PRISCILLA PORTER, MARY NYMAN,
HAZAL TABER, MICHELLE BAUM,
SANDRA WHEELER, JOHN LANCI,
MARTHA MAGUIRE, YELENA FARIOLI-
BEAUPRE, and DIANE LAZARUS,
Individually and As Trustees of Wareham Free
Library, Inc.

     Plaintiffs

v.

THE TOWN OF WAREHAM, and BRENDA
ECKSTROM, BRUCE SAUVAGEAU, JOHN
CRONAN, JAMES POTTER, and M. JANE
DONAHUE, Individually and As Members of
the Board of Selectmen of Wareham.

     Defendants

CERTIFICATION PURSUANT TO
RULE 16.1

     We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ James Potter
James Potter

/s/ Peter E. Montgomery
Leonard H. Kesten (BBO# 542042)
Peter E. Montgomery (BBO# 632698)
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

BOARD OF SELECTMEN OF
THE TOWN OF WAREHAM
By its attorney,


/s/ George X. Pucci
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007




<u>CERTIFICATE OF SERVICE</u>

    I, George X. Pucci, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

<u>/s/ George X. Pucci</u>

335997/WARH/0261

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

C.A. No. 07-CV-11807

WAREHAM FREE LIBRARY, INC., and
PRISCILLA PORTER, MARY NYMAN,
HAZAL TABER, MICHELLE BAUM,
SANDRA WHEELER, JOHN LANCI,
MARTHA MAGUIRE, YELENA FARIOLI-
BEAUPRE, and DIANE LAZARUS,
Individually and As Trustees of Wareham Free
Library, Inc.

      Plaintiffs

v.

THE TOWN OF WAREHAM, and BRENDA
ECKSTROM, BRUCE SAUVAGEAU, JOHN
CRONAN, JAMES POTTER, and M. JANE
DONAHUE, Individually and As Members of
the Board of Selectmen of Wareham.

      Defendants

CERTIFICATION PURSUANT TO
RULE 16.1

      We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                 Respectfully submitted,
                                 The Defendants,
                                 By their attorneys,

/s/ Bruce Sauvageau
Bruce Sauvageau

/s/ Peter E. Montgomery
Leonard H. Kesten (BBO# 542042)
Peter E. Montgomery (BBO# 632698)
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

BOARD OF SELECTMEN OF
THE TOWN OF WAREHAM
By its attorney,


/s/ George X. Pucci
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007




<u>CERTIFICATE OF SERVICE</u>

    I, George X. Pucci, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

<u>/s/ George X. Pucci</u>

335997/WARH/0261

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 07-CV-11807

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC., and PRISCILLA PORTER, MARY NYMAN, HAZAL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc.<br><br>      Plaintiffs<br><br>v.<br><br>THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, and M. JANE DONAHUE, Individually and As Members of the Board of Selectmen of Wareham.<br><br>      Defendants | CERTIFICATION PURSUANT TO RULE 16.1 |

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
The Defendants,
By their attorneys,

/s/ John F. McAuliffe
John F. McAuliffe
Town Administrator

/s/ Peter E. Montgomery
Leonard H. Kesten (BBO# 542042)
Peter E. Montgomery (BBO# 632698)
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

BOARD OF SELECTMEN OF
THE TOWN OF WAREHAM
By its attorney,


/s/ George X. Pucci
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007


CERTIFICATE OF SERVICE

    I, George X. Pucci, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

/s/ George X. Pucci

335997/WARH/0261