UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAREHAM FREE LIBRARY, INC. and PRISCILLA PORTER, MARY NYMAN, HAZEL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc., <br><br>Plaintiffs/Defendants in Counterclaim, <br><br>v. <br><br>THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES PORTER, and M. JANE DONAHUE, Individually and As Members of The Board of Selectmen of Wareham, <br><br>Defendants/Plaintiffs in Counterclaim. | Civil Action No. 07-CV-11807 RGS |

**CERTIFICATION PURSUANT TO LR 16.1
OF COUNTERCLAIM DEFENDANT
THE FRIENDS OF THE WAREHAM FREE LIBRARY, INC.**

Counterclaim Defendant The Friends of the Wareham Free Library, Inc. ("Wareham Friends") hereby certifies that the undersigned counsel and an authorized representative of Wareham Friends have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, as well as to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

THE FRIENDS OF THE WAREHAM
FREE LIBRARY, INC.,

By its attorney,

/s/ Nora Bicki_____  /s/ Thomas J. Gallitano_____
Nora Bicki, Authorized Representative   Thomas J. Gallitano (BBO # 550745)
of The Friends of the Wareham Free      Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Library, Inc.                           Ten Post Office Square
                                        Boston, MA 02109
                                        617-482-8200
                                        tgallitano@ckrpf.com

Dated: January 23, 2008

## Certificate of Service

In accordance with the Electronic Case File ("ECF") Administrative Procedures of the United States District Court for the District of Massachusetts, I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants by U.S. Mail on January 23, 2008.

/s/ Thomas J. Gallitano_____
Thomas J. Gallitano

301988.1