UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC. and ) <br> PRISCILLA PORTER, MARY NYMAN, HAZEL ) <br> TABER, MICHELLE BAUM, SANDRA WHEELER, ) <br> JOHN LANCI, MARTHA MAGUIRE, YELENA ) <br> FARIOLI-BEAUPRE, and DIANE LAZARUS, ) <br> Individually and as Trustees of the Wareham Free Public ) <br> Library, Inc., ) <br>     Plaintiffs/Defendants-in-Counterclaim/ ) <br>     Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE TOWN OF WAREHAM and BRENDA ) <br> ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, ) <br> JAMES POTTER, and M. JANE DONAHUE, Individually ) <br> and as Members of The Board of Selectmen of Wareham, ) <br>     Defendants/Plaintiffs-in-Counterclaim, ) <br> ) <br> v. ) <br> ) <br> MASSACHUSETTS INTERLOCAL INSURANCE ) <br> ASSOCIATION, ) <br>     Third-Party Defendant. ) | CIVIL ACTION <br> NO.: 1:07-CV-11807-RGS <br><br><br><br> CERTIFICATION PURSUANT <br> TO RULE 16.1 |

    We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                            Respectfully submitted,
                                            The Third Party Defendant,
                                            By its attorneys,

| | |
|---|---|
| /s/ Michael Cusack <br> Michael Cusack, Authorized Representative <br> of the Massachusetts Interlocal <br> Insurance Association | **/s/** Arthur E. Maravelis <br> Arthur E. Maravelis (564673) <br> TANG & MARAVELIS, P.C. <br> 50 Mall Road, Suite 111 <br> Burlington, MA 01803 <br> 781-221-1400 |

Dated: January 23, 2008

Certificate of Service

      I hereby certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the court of those individuals who will not be served electronically.

                                                    **/s/**  Arthur E. Maravelis
                                                    _____
                                                    Arthur E. Maravelis