# EXHIBIT 3



**COURIER**                                                                    PRINTER-FRIENDLY FORMAT

# Show me the money
**August 08, 2007 | *Wareham Courier***
**By Ryan Richardson, CNC Newspapers**

WAREHAM - The former library trustees are circling their wagons as selectmen prepare to investigate their financial dealings.

The umbrage at the Aug. 7 Board of Selectmen's meeting began with the trustees' failure to turn over relevant funds and financial documents to the town treasurer, as required under state law. The initial request to turn over that documentation came at the July 24 meeting when selectmen dismissed the trustees and noted that the position of library treasurer had not been properly approved or bonded.

"It is the stonewalling and blocking of this board that is most upsetting," Selectmen Chairman Brenda Eckstrom said.

Town counsel attempted to arrange a meeting between representatives of the library trustees and members of the Board of Selectmen Aug. 1. According to Elizabeth Corbo, a lawyer for Kopelman and Paige, former trustee Priscilla Porter declined the town's offer to meet in an e-mail and did not respond to two additional requests to reschedule the meeting for a more convenient time. Corbo then sent a letter to Library Director Mary Jane Pillsbury requesting the relevant documents under the state open records law.

At a meeting of the Library Board of Trustees last week, the trustees present voted to retain the services of a New Bedford law firm, according to Selectman Bruce Sauvageau. Sauvageau also stated that the meeting lasted only a few minutes before the group entered executive session to discuss pending litigation.

"I don't think that anyone wants to go down this trail," Sauvageau said, referring to potential fallout that may occur if the former trustees do not comply with their requests.

The initial impetus for the investigation came as a result of questions about the legitimacy of the trustees' appointments by an appointing authority. Selectmen determined that according to the Town Charter, the library trustees should be appointed by selectmen. They decided to dismiss the current trustees and allow them to reapply for their positions.

During this time, questions were also raised about the position of library treasurer, since according to state law, such a position would have to be approved by Town Meeting and properly bonded. Because the position did not meet these conditions, selectmen requested that the trustees turn over any funds and financial data to the town treasurer. The failure of the former trustees to comply with this request remains a sticking point.

Corbo's letter, which attempted to maintain a cooperative tone, cited several possible violations of state law, including matters of municipal finance and conflict of interest law, according to a review conducted of trustee meeting minutes. Selectmen implied that trustees might be held personally liable for the mismanagement of public funds and violations of the law. At the center of many of these alleged violations is the Wareham Library Foundation.

The foundation was started in January by the former trustees to support libraries open to the public in the town of Wareham. The former trustees appointed themselves as the directors of this foundation. At this time, many of these complaints are about the appearance of violations; no formal charges have been filed.

Selectman James Potter urged the trustees to comply with the board's requests.

"The simple and correct thing to do would be to return public monies to the town treasurer," Potter said.

According to the open records law, the custodian of the requested records has 10 days to respond to a request for the records. The former trustees have not given a reason as to why they have not complied with the request to turn over the accounts and financial documentation to the town.

Selectman John Cronan felt that his fellow board members weren't taking the right kind of action to show that the board was serious.

"Shut [the library] down," Cronan said.

He pushed for taking the matter to the state, saying that the situation had gone beyond Kopelman and Page sending friendly letters requesting compliance.

If the former trustees again fail to comply with the current requests, the board is prepared to refer the matter to the appropriate state agencies and start litigation.

As of deadline, neither the former trustees nor Mary Jane Pillsbury were available for comment.

Copyright © 2007 GateHouse Media, Inc. Some Rights Reserved.
Platform developed by Etimes3, Inc.

Wicked Local Wareham :: 254 Second Avenue, Needham, MA 02494
Phone: (781) 433-6700 | Email: info@wickedlocal.com
Original content available for non-commercial use
under a Creative Commons license.


SOME RIGHTS RESERVED