Wareham Free Library et al v. Wareham, Town of et al — Doc. 26 Att. 6

# EXHIBIT 6

Dockets.Justia.com

## The Wareham Observer, August 30, 2007

# Selectmen won't back down in battle with former trustees

**By Robert Slager**
warehamobserver@aol.com

It doesn't appear that selectmen will blink anytime soon in their stare-off with the former library board of trustees.

The selectmen have filed administrative subpoenas to the former libraries trustees, as well as to Wareham Free Library director Mary Jane Pillsbury, to appear before them tonight (Aug. 30) in a public hearing at 7 in the Multi-Service Center.

The selectmen are again requesting the former trustees turn over all their financial documents after it was discovered the trustees appointed their own treasurer, a violation of state law. The trustees have refused to comply and filed a lawsuit in Plymouth Superior Court two weeks ago, alleging they are a private board that doesn't have to answer to selectmen.

Two weeks after the attorney for the former trustees sent copies of the lawsuit to the media, Selectmen Chair Brenda Eckstrom said her board still hasn't been served with it.

"I would have thought we would have been served the same day it was filed," she said. "Perhaps the trustees believe it is more advantageous to have it out in the press for a few weeks. I'm really not sure."

According to Town Counsel Elizabeth Corbo, the attorney for the trustees – Phillip N. Beauregard - has asked to be allowed to serve the suit to her instead.

"I'm guessing they want to save money on servicing fees," Corbo said. "I really can't comment beyond that."

The battle between selectmen and the former trustees began in June after it was discovered the method of appointing the trustees was not supported by Town Charter. The selectmen asked the board to re-apply, calling it a technical issue they wished to resolve. The former trustees refused, insisting it is beyond the purview of selectmen to make such a request. The former trustees have also denied repeated requests by selectmen to come to their weekly meetings to discuss the issue.

In a letter sent by Corbo last week to Phillip N. Beauegard, who is representing the former trustees, she reiterated a previous request that trustees supply some evidence that they are a private board. None such evidence has been sent to Town Counsel as of Wednesday, Aug. 29.

The letter also states that if the issue cannot be settled amicably, the town would respond to the litigation when it is properly served.

"As you must surely anticipate based upon my previous correspondence, any such response would be likely to include counterclaims such as violation of municipal finance laws, the Conflict of Interest Law, and even conversion of public funds," Corbo wrote.

In an E-mail sent to the Observer, Corbo wrote, "The Town has actively pursued an amicable resolution of the outstanding Library issues and has made repeated requests of the Library for the voluntary sharing of public information. The Town has requested an informal meeting to discuss these issues and it was rejected. The Town requested that copies of the public information be voluntarily provided and the request was rejected. Thus far the only response received has been a lawsuit. The Town continues to be hopeful that Attorney Beauregard and his clients will reconsider their unnecessary adversarial response to the Town's very simple requests for public information and will voluntarily provide the requested information."