%AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

PLAINTIFF

WAREHAM FREE LIBRARY, INC., et al.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

THE TOWN OF WAREHAM, and BRENDA
ECKSTROM, BRUCE SAUVAGEAU, JOHN
CRONAN, JAMES POTTER, and M. JANE
DONAHUE, Individually and As
Members of the Board of Selectmen of Wareham

**THIRD PARTY SUMMONS IN A
CIVIL ACTION**

Case Number: 07-CV-11807-RGS

V. THIRD PARTY DEFENDANT

WAREHAM LIBRARY FOUNDATION, INC. and
WAREHAM FRIENDS OF THE LIBRARY, INC.

To: Name and address of Third Party Defendant

Nora Bicki
Treasurer
6 Lookout Lane
Wareham, MA 02571

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Richard Bowen<br>Elizabeth R. Corbo<br>Kopelman and Paige, P.C.<br>  Town Counsel<br>101 Arch Street<br>Boston, MA 02110<br>(617) 556-0007 | Uknown - Believed to be:<br>Philip N. Beauregard<br>Law Offices of Beauregard, Burke & Franco<br>The Andrew Robeson House<br>P.O. Box 952<br>32 William Street<br>New Bedford, MA 02740 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____                              2/15/2008
CLERK                                               DATE
(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                   *Date*                  *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FEBRUARY 18, 2008

# RETURN OF SERVICE

*I this day summoned the within named* NORA BICKI
TREASURER

*to appear as within directed by delivering to* NORA BICKI, TREASURER, 10:00 AM. THIS IS A RESIDENCE.

__X__  *in hand*

*No.* 6 LOOKOUT LANE
*in the* WAREHAM  *District of said* PLYMOUTH  *County an attested copy of the* SUMMONS, ANSWER AND COUNTERCLAIM

*Service and travel* 28

*it being necessary I actually used a motor vehicle in the distance of*
50  *miles in the service of this process*

Charles C. Balboni
---
Process Server

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

PLAINTIFF

    WAREHAM FREE LIBRARY, INC., et al.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

    THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, and M. JANE DONAHUE, Individually and As Members of the Board of Selectmen of Wareham

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07-CV-11807-RGS

V. THIRD PARTY DEFENDANT

    WAREHAM LIBRARY FOUNDATION, INC. and WAREHAM FRIENDS OF THE LIBRARY, INC.

To: Name and address of Third Party Defendant

    Kerry Mello
    President
    47 Parkwood Dr.,
    Wareham, MA 02571

    **YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Richard Bowen<br>Elizabeth R. Corbo<br>Kopelman and Paige, P.C.<br>  Town Counsel<br>101 Arch Street<br>Boston, MA 02110<br>(617) 556-0007 | Uknown - Believed to be:<br>Philip N. Beauregard<br>Law Offices of Beauregard, Burke & Franco<br>The Andrew Robeson House<br>P.O. Box 952<br>32 William Street<br>New Bedford, MA 02740 |

an answer to the third-party complaint which is served on you with this summons, within _____ 20 _____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK _(signature)_

(By) DEPUTY CLERK

DATE 2/15/2008

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                      *Signature of Server*

                                               _____
                                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FEBRUARY 18, 2008

# RETURN OF SERVICE

*I this day summoned the within named* KERRY MELLO
PRESIDENT

*to appear as within directed by delivering to*   (2) ATTEMPTS. THIS IS A RESIDENCE. COPY LEFT TAPED TO DOOR, SECOND COPY MAILED.

**X**   *leaving at last and usual place of abode, to wit:*

No.   47 PARKWOOD DRIVE
in the   WAREHAM   *District of said*   PLYMOUTH   *County an attested*
*copy of the* SUMMONS, ANSWER AND COUNTERCLAIM

*Service and travel*   28

*it being necessary I actually used a motor vehicle in the distance of*
50   *miles in the service of this process*

*Charles C. Balboni*
Process Server

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

PLAINTIFF

   WAREHAM FREE LIBRARY, INC., et al.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

   THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, and M. JANE DONAHUE, Individually and As Members of the Board of Selectmen of Wareham

V. THIRD PARTY DEFENDANT

   WAREHAM LIBRARY FOUNDATION, INC. and WAREHAM FRIENDS OF THE LIBRARY, INC.

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number: 07-CV-11807-RGS

To: Name and address of Third Party Defendant

Yelena Fariolo-Beaupre
Secretary
10 Gibbs Ave.
Wareham, MA 02571

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Richard Bowen<br>Elizabeth R. Corbo<br>Kopelman and Paige, P.C.<br>  Town Counsel<br>101 Arch Street<br>Boston, MA 02110<br>(617) 556-0007 | Uknown - Believed to be:<br>Philip N. Beauregard<br>Law Offices of Beauregard, Burke & Franco<br>The Andrew Robeson House<br>P.O. Box 952<br>32 William Street<br>New Bedford, MA 02740 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK *[signature]*

(By) DEPUTY CLERK

DATE 2/15/2008

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FEBRUARY 18, 2008

# RETURN OF SERVICE

*I this day summoned the within named* YELENA FARIOLO-BEAUPRE
SECRETARY

*to appear as within directed by delivering to* LYNNE FISCHER, SISTER/CO-RESIDENT, 9:05
AM. THIS IS A RESIDENCE.

__X__ *in hand*

*No.* 10 GIBBS AVENUE
*in the* WAREHAM *District of said* PLYMOUTH *County an attested copy of the* SUMMONS, ANSWER AND COUNTERCLAIM

*Service and travel*    28

*it being necessary I actually used a motor vehicle in the distance of* 50 *miles in the service of this process*

*Charles C. Balboni*
Process Server

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

PLAINTIFF

    WAREHAM FREE LIBRARY, INC., et al.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

    THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, and M. JANE DONAHUE, Individually and As Members of the Board of Selectmen of Wareham

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07-CV-11807-RGS

V. THIRD PARTY DEFENDANT

    WAREHAM LIBRARY FOUNDATION, INC. and
    WAREHAM FRIENDS OF THE LIBRARY, INC.

To: Name and address of Third Party Defendant

    John Lanci
    Director
    33 Raspberry Rd.
    Wareham, MA 02571

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Richard Bowen<br>Elizabeth R. Corbo<br>Kopelman and Paige, P.C.<br>  Town Counsel<br>101 Arch Street<br>Boston, MA 02110<br>(617) 556-0007 | Uknown - Believed to be:<br>Philip N. Beauregard<br>Law Offices of Beauregard, Burke & Franco<br>The Andrew Robeson House<br>P.O. Box 952<br>32 William Street<br>New Bedford, MA 02740 |

an answer to the third-party complaint which is served on you with this summons, within    20    days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK _/s/_ 

(By) DEPUTY CLERK

DATE 2/15/2008

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                 Date              *Signature of Server*

                                        _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FEBRUARY 18, 2008

# RETURN OF SERVICE

*I this day summoned the within named* JOHN LANCI
DIRECTOR

*to appear as within directed by delivering to* JOHN LANCI, 9:40 AM. THIS IS A RESIDENCE.

__X__   *in hand*

*No.*   33 RASPBERRY ROAD
*in the*  WAREHAM   *District of said*  PLYMOUTH   *County an attested*
*copy of the SUMMONS, ANSWER AND COUNTERCLAIM*

*Service and travel*   28

*it being necessary I actually used a motor vehicle in the distance of*
50   *miles in the service of this process*

Charles C. Balboni
Process Server

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Massachusetts

PLAINTIFF

    WAREHAM FREE LIBRARY, INC., et al.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

    THE TOWN OF WAREHAM, and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, and M. JANE DONAHUE, Individually and As Members of the Board of Selectmen of Wareham

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07-CV-11807-RGS

V. THIRD PARTY DEFENDANT

    WAREHAM LIBRARY FOUNDATION, INC. and
    WAREHAM FRIENDS OF THE LIBRARY, INC.

To: Name and address of Third Party Defendant

    Wareham Library Foundation, Inc.
    59 Marion Rd.
    Wareham, MA

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Richard Bowen<br>Elizabeth R. Corbo<br>Kopelman and Paige, P.C.<br>  Town Counsel<br>101 Arch Street<br>Boston, MA 02110<br>(617) 556-0007 | Uknown - Believed to be:<br>Philip N. Beauregard<br>Law Offices of Beauregard, Burke & Franco<br>The Andrew Robeson House<br>P.O. Box 952<br>32 William Street<br>New Bedford, MA 02740 |

an answer to the third-party complaint which is served on you with this summons, within   20   days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

2/15/2008

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                               *Signature of Server*

                                           _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FEBRUARY 18, 2008

## RETURN OF SERVICE

*I this day summoned the within named* WAREHAM LIBARARY FOUNDATION, INC.

*to appear as within directed by delivering to* NORA BICKI, TEASURER, AUTHORIZED TO ACCEPT SERVICE, 10:00 AM. ADDRESS CORRECTION – NO OFFICERS AVAILABLE TO ACCEPT SERVICE AT ORIGINAL ADDRESS PROVIDED; SERVED AT MS. BICKI'S RESIDENCE.

__X__  *in hand*

*No.*  6 LOOKOUT LANE
*in the*  WAREHAM  *District of said*  PLYMOUTH  *County an attested copy of the SUMMONS, ANSWER AND COUNTERCLAIM*

*Service and travel*  28

*it being necessary I actually used a motor vehicle in the distance of*
50  *miles in the service of this process*

*Charles C. Balbroni*

Process Server