UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 07-CV-11807

WAREHAM FREE LIBRARY, INC., and PRISCILLA PORTER,
MARY NYMAN, HAZAL TABER, MICHELLE BAUM,
SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE,
YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS,
Individually and As Trustees of Wareham Free Library, Inc.

    Plaintiffs

v.

THE TOWN OF WAREHAM,
    Defendant/Plaintiff in Counterclaim

and

BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN
CRONAN, JAMES POTTER, and M. JANE DONAHUE,
Individually and As Members of the Board of Selectmen of
Wareham,
    Defendants

v.

FRIENDS OF THE WAREHAM FREE LIBRARY, INC.,
    Defendant in Counterclaim

v.

MASSACHUSETTS INTERLOCAL INSURANCE
ASSOCIATION,
    Third Party Defendant

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please withdraw the appearance of George X. Pucci only, as counsel for
Defendant/Plaintiff in Counterclaim, Town of Wareham, in the above-captioned matter. Richard

Bowen and Elizabeth R. Corbo shall remain as counsel for the Defendant/Plaintiff in Counterclaim.

    DEFENDANT/PLAINTIFF IN COUNTERCLAIM
By its attorney,

/s/ *George X. Pucci*
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007

## CERTIFICATE OF SERVICE

I, George X. Pucci, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

/s/ *George X. Pucci*

342951/WARH/0261