

# TOWN OF WESTPORT

856 Main Road
Westport, Massachusetts 02790
Tel. (508) 636-1019

*Conservation Commission*
*Soil Conservation Board*

**TO:** Judge Richard G. Stearns
United States District Court, District of Massachusetts

**CC:** Michele E. Randazzo, Esq.
Philip N. Beauregard, Esq.

**FROM:** Wayne H. Turner
Chairman, Westport Conservation Commission

**RE:** Susan Pedreira, *et al. v.* Veronica Beaulieu, *et al.*
U.S. District Court C.A. No. 07-11087-RGS

**DATE:** April 24, 2008

---

Dear Judge Stearns:

At its regularly scheduled meeting of April 22, 2008, the Westport Conservation Commission received your Order of April 4, 2008 requesting *plaintiff Conservation Commission, an agency of the Town of Westport, to file within 10 days whether it intends to obtain successor counsel and, if not, its basis for proceeding pro se.*

In response to this Order, I have attached a copy of a vote by the Westport Conservation Commission on August 14, 2007 "withdrawing the Conservation Commission as a party from this lawsuit."

In addition and in direct response to your Order of April 4, 2008, the Westport Conservation Commission voted to reaffirm its withdrawal for the lawsuit and to proceed *pro se*. A copy of this vote is attached for your review.

If I can be of any further insight or can provide additional information to the Court, please do not hesitate to contact me at our office in Westport.

Sincerely,

Wayne H. Turner
Wayne H. Turner
Chairman

Encl.



# TOWN OF WESTPORT

856 Main Road
Westport, Massachusetts 02790
Tel. (508) 636-1019

*Conservation Commission*

*Soil Conservation Board*

August 15, 2007

The Honorable Board of Selectmen
c/o Mr. Michael Coughlin, Town Administrator
816 Main Road
Westport, Massachusetts 02790

**RE: Conservation Commission of Westport, et al. v. Beaulieu, et al.**

Dear Members of the Board of Selectmen:

At its regularly scheduled meeting of August 14, 2007 in open session, the Westport Conservation Commission voted four (4) to three (3) to remove itself as a plaintiff in the matter of *Conservation Commission of Westport, et al. v. Beaulieu, et al., U.S. District Court for the District of Massachusetts, C.A. No. 07-11087*. For the record, I am forwarding you the actual verbiage of the motion as presented and voted on:

> *That the Conservation Commission voluntarily dismiss any and all claims against the defendants in the matter of Conservation Commission of Westport, et al. v. Beaulieu, et al., U.S. District Court for the District of Massachusetts, C.A. No. 07-11087, with prejudice and without any costs or fees assessed against the defendants, and to withdraw the Conservation Commission as a party from this lawsuit.*

The vote was recorded as follows:

William Burns: Yes
Richard Lambert: Yes
Susan Burke Pedreira: No
John Reynolds: No
Theodore Rich: Yes
Tanja Ryden: No
Wayne Turner: Yes

If you require any additional information regarding this matter, please feel free to contact our office.

Very sincerely,

Wayne H. Turner
Chairman

# VOTE TAKEN BY WESTPORT CONSERVATION COMMISSION APRIL 22, 2008:

At its regularly scheduled meeting of April 22, 2008, the Westport Conservation Commission took the following action by vote of its members:

**Motion by Theodore Rich** to reaffirm the vote of the Conservation Commission of August 14, 2007 to remove and withdraw the Conservation Commission from the lawsuit (Conservation Commission of Westport, et al. V. Beaulieu, et al., U.S. District Court for the District of Massachusetts, C.A. No. 07-11087).

Further, for the Conservation Commission, if necessary, to proceed pro se and to allow the Chairman of the Westport Conservation Commission, Wayne H. Turner, to represent the Conservation Commission in this matter should the need arise.

**Second by Richard Lambert.**

**VOTE:**

William Burns: Yes
Richard Lambert: Yes
Susan Burke Pedreira: No
John Reynolds: No
Theodore Rich: Yes
Tanja Ryden: No
Wayne H. Turner: Yes