UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 07-CV-11807

WAREHAM FREE LIBRARY, INC., and
PRISCILLA PORTER, MARY NYMAN,
HAZAL TABER, MICHELLE BAUM,
SANDRA WHEELER, JOHN LANCI,
MARTHA MAGUIRE, YELENA FARIOLI-
BEAUPRE, and DIANE LAZARUS,
Individually and As Trustees of Wareham Free
Library, Inc.

  Plaintiffs

v.

THE TOWN OF WAREHAM, and BRENDA
ECKSTROM, BRUCE SAUVAGEAU, JOHN
CRONAN, JAMES POTTER, and M. JANE
DONAHUE, Individually and As Members of
the Board of Selectmen of Wareham.

  Defendants

CERTIFICATE OF CONFERRAL

  I, Elizabeth Corbo, hereby certify that on May 21, 2008 I spoke with counsel of record for the Wareham Library Foundation, Attorney Timour Zoubaidoulline of the Law Office of Beauregard, Burke and Franco, and conferred in good faith regarding the Defendants' Motion for Costs and Fees Pursuant to Federal Rule 4(d).  We were unable to reach agreement on the issue or further narrow our dispute.  In addition, I also left a voicemail message for Attorney Phillip Beauregard informing him that this Motion was to be filed and requesting the courtesy of a return call.

           /s/Elizabeth R. Corbo

CERTIFICATE OF SERVICE

  I, Elizabeth R. Corbo, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

           /s/ *Elizabeth R. Corbo*