UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 07-CV-11807 RGS

WAREHAM FREE LIBRARY, INC. and
PRISCILLA PORTER, MARY NYMAN, HAZEL TABER,
MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI,
MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and
DIANE LAZARUS, Individually and As Trustees of Wareham
Free Library, Inc.

        Plaintiffs / Defendants in Counterclaim /
        Third Party Plaintiffs

v.

THE TOWN OF WAREHAM

        Defendant / Plaintiff in Counterclaim

and

BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN
CRONAN, JAMES POTTER, and M. JANE DONAHUE,
Individually and As Members of The Board of Selectmen of
Wareham

        Defendants

v.

FRIENDS OF THE WAREHAM FREE LIBRARY, INC.,
and THE WAREHAM LIBRARY FOUNDATION, INC.

        Defendants in Counterclaim

v.

MASSACHUSETTS INTERLOCAL INSURANCE
ASSOCIATION

        Third Party Defendant

## SUPPLEMENTAL AFFIDAVIT OF ATTORNEY TIMOUR ZOUBAIDOULLINE

1

I, Timour Zoubaidoulline, hereby state and affirm as follows:

1. My name is Timour Zoubaidoulline. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts. I am also admitted to practice law in the United States District Court for the District of Massachusetts.

2. I am an associate attorney with the Law Offices of Beauregard, Burke & Franco, representing The Wareham Library Foundation, Inc. in this case.

3. John Lanci submitted his letter of resignation from the position of the President of The Wareham Library Foundation, Inc. on July 26, 2007. He submitted his letter of resignation from the Foundation on October 20, 2007. John Lanci's two letters of resignation are attached as Exhibit 1.

Signed under the pains and penalties of perjury this 6th day of June, 2008.

/ S / Timour Zoubaidoulline
_____
TIMOUR ZOUBAIDOULLINE, BBO # 656212

**CERTIFICATE OF SERVICE**

In accordance with the Electronic Case Filing ("ECF") Administrative Procedures of the United States District Court for the District of Massachusetts, I, Timour Zoubaidoulline, hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and that paper copies will be sent to those indicated as non-registered participants by first class mail on June 4, 2008.

/ S / Timour Zoubaidoulline
_____
TIMOUR ZOUBAIDOULLINE, BBO # 656212

# EXHIBIT 1

P. O. Box 162
East Wareham, MA  02538
26 July 2007


Ms. Priscilla Porter
Vice President
Wareham Library Foundation
P. O. Box 337
West Wareham, MA  02576

Dear Priscilla,

With this letter, please accept my resignation as president of the Wareham Library Foundation.  While I will remain as a director, due to some health issues I have to face just now—as well as a work load that is going to demand more attention than I had originally anticipated—I know that I will not be able to devote the energy to the Foundation that I had hoped I could.

I'm sorry to have to put you and the other directors in this position at this most difficult time.

Sincerely,

*[signature]*

John R. Lanci

P. O. Box 162
East Wareham, MA  02538
20 October 2007


Kerry Mello
President
Wareham Library Foundation
Wareham, MA

Dear Kerry,

Due to an excess of commitments elsewhere, I fear I must resign from the Wareham Library Foundation, effective immediately.

Please contact me to make arrangements so we can remove my name from all Foundation accounts.

Thanks, once again, for your kind understanding.

Sincerely,

*[signature]*

John R. Lanci