UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 07-CV-11807 RGS

WAREHAM FREE LIBRARY, INC. and
PRISCILLA PORTER, MARY NYMAN, HAZEL TABER,
MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI,
MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and
DIANE LAZARUS, Individually and As Trustees of Wareham
Free Library, Inc.

        Plaintiffs / Defendants in Counterclaim /
        Third Party Plaintiffs

v.

THE TOWN OF WAREHAM

        Defendant / Plaintiff in Counterclaim

and

BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN
CRONAN, JAMES POTTER, and M. JANE DONAHUE,
Individually and As Members of The Board of Selectmen of
Wareham

        Defendants

v.

FRIENDS OF THE WAREHAM FREE LIBRARY, INC.,
and THE WAREHAM LIBRARY FOUNDATION, INC.

        Defendants in Counterclaim

v.

MASSACHUSETTS INTERLOCAL INSURANCE
ASSOCIATION

        Third Party Defendant

**MOTION FOR LEAVE OF COURT TO FILE**
**AMENDED ANSWER TO COUNTERCLAIM BY DEFENDANTS IN COUNTERCLAIM,**
**THE WAREHAM LIBRARY FOUNDATION, INC. AND ITS INDIVIDUALLY NAMED**
**OFFICERS AND DIRECTORS**

1

Pursuant to F.R.C.P. 15(a) and this Court's scheduling order of June 18, 2008, defendants in counterclaim The Wareham Library Foundation, Inc., and its individually named officers and directors, in their official capacity, seek leave of Court to file Amended Answer to Counterclaim, in order to include additional affirmative defenses under M.G.L. c. 180A, § 8 and M.G.L. c. 231, § 85W.

Defendants' in counterclaim proposed Amended Answer to Counterclaim is filed together with the instant motion for the Court's review.

WHEREFORE, defendants in counterclaim respectfully request that their instant motion be allowed.

Respectfully submitted by

DEFENDANTS IN COUNTERCLAIM,

The Wareham Library Foundation, Inc., and
Its individually named officers and directors,
In their official capacity,

By Their Attorneys,
BEAUREGARD, BURKE & FRANCO


/ S / Timour Zoubaidoulline
_____
TIMOUR ZOUBAIDOULLINE, BBO # 656212
32 William Street, New Bedford, MA 02740
Tel. 508-993-0333
bbf.tzoubaidoulline@verizon.net

Dated: July 22, 2008

**CERTIFICATE OF SERVICE**

       In accordance with the Electronic Case Filing ("ECF") Administrative Procedures of the United States District Court for the District of Massachusetts, I, Timour Zoubaidoulline, hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and that paper copies will be sent to those indicated as non-registered participants by first class mail on July 22, 2008.

                                   / S /  Timour Zoubaidoulline
                                   _____
                                   TIMOUR ZOUBAIDOULLINE, BBO # 656212