UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 07-CV-11807 RGS

WAREHAM FREE LIBRARY, INC. and
PRISCILLA PORTER, MARY NYMAN, HAZEL TABER,
MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI,
MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and
DIANE LAZARUS, Individually and As Trustees of Wareham
Free Library, Inc.

       Plaintiffs / Defendants in Counterclaim /
       Third Party Plaintiffs

v.

THE TOWN OF WAREHAM

       Defendant / Plaintiff in Counterclaim

and

BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN
CRONAN, JAMES POTTER, and M. JANE DONAHUE,
Individually and As Members of The Board of Selectmen of
Wareham

       Defendants

v.

FRIENDS OF THE WAREHAM FREE LIBRARY, INC.,
and THE WAREHAM LIBRARY FOUNDATION, INC.

       Defendants in Counterclaim

v.

MASSACHUSETTS INTERLOCAL INSURANCE
ASSOCIATION

       Third Party Defendant

**LOCAL RULE 7.1 CERTIFICATE REGARDING MOTION FOR LEAVE TO FILE
AMENDED ANSWER TO COUNTERCLAIM BY DEFENDANTS IN COUNTERCLAIM,
THE WAREHAM LIBRARY FOUNDATION, INC. AND ITS INDIVIDUALLY NAMED
OFFICERS AND DIRECTORS**

1

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for defendants in counterclaim The Wareham Library Foundation, Inc. and its individually named officers and directors hereby certifies that he conferred with counsel for all other parties in this action, regarding counterclaim defendants' Motion for Leave of Court to File Amended Answer to Counterclaim by Defendants in Counterclaim The Wareham Library Foundation, Inc. and Its Individually Named Officers and Directors, by sending letter regarding same by facsimile and by email to all counsel of record on July 14, 2008, and later by telephone with counsel for defendant in counterclaim Friends of The Wareham Free Library, Inc., Attorney Thomas J. Gallitano, and counsel for third party defendant Massachusetts Interlocal Insurance Association, Attorney Arthur E. Maravelis.

As of the date of the filing of this motion, Attorney Gallitano has indicated that his client assents to this motion; Attorney Maravelis has indicated that his client does not object; counsel for defendant and plaintiff in counterclaim The Town of Wareham, Attorney Elizabeth R. Corbo, has indicated that she could not give her client's assent to this motion; and counsel for defendant Selectmen, officially and individually, Attorney Leonard H. Kesten, has indicated that his clients assent to this motion.

COUNSEL FOR
DEFENDANTS IN COUNTERCLAIM,
The Wareham Library Foundation, Inc., and
Its individually named officers and directors,
In their official capacity,


/ S /  Timour Zoubaidoulline
_____
TIMOUR ZOUBAIDOULLINE, BBO # 656212
BEAUREGARD, BURKE & FRANCO
32 William Street, New Bedford, MA 02740
Tel. 508-993-0333
bbf.tzoubaidoulline@verizon.net

Dated:  July 22, 2008

**CERTIFICATE OF SERVICE**

       In accordance with the Electronic Case Filing ("ECF") Administrative Procedures of the United States District Court for the District of Massachusetts, I, Timour Zoubaidoulline, hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and that paper copies will be sent to those indicated as non-registered participants by first class mail on July 22, 2008.

                                                    / S /  Timour Zoubaidoulline
                                            TIMOUR ZOUBAIDOULLINE, BBO # 656212