UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 07-CV-11807 RGS

WAREHAM FREE LIBRARY, INC. and
PRISCILLA PORTER, MARY NYMAN, HAZEL TABER,
MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI,
MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and
DIANE LAZARUS, Individually and As Trustees of Wareham
Free Library, Inc.

       Plaintiffs / Defendants in Counterclaim /
       Plaintiffs in Counterclaim for Indemnification /
       Third Party Plaintiffs

v.

THE TOWN OF WAREHAM

       Defendant / Plaintiff in Counterclaim /
       Defendant in Counterclaim for Indemnification

and

BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN
CRONAN, JAMES POTTER, and M. JANE DONAHUE,
Individually and As Members of The Board of Selectmen of
Wareham

       Defendants

v.

FRIENDS OF THE WAREHAM FREE LIBRARY, INC.,
and THE WAREHAM LIBRARY FOUNDATION, INC.

       Defendants in Counterclaim

v.

MIIA PROPERTY AND CASUALTY GROUP, INC.

       Third Party Defendant

**INITIAL DISCLOSURES BY
WAREHAM FREE LIBRARY, INC.
AND ITS INDIVIDUALLY NAMED TRUSTEES**

1

**I. Rule 26(a)(1)(A) Disclosures:**

A. Plaintiffs / Defendants in Counterclaim / Plaintiffs in Counterclaim for Indemnification / Third Party Plaintiffs

    1. Priscilla Porter

    2. Mary Nyman

    3. Hazel Taber

    4. Michelle Baum

    5. Sandra Wheeler

    6. John Lanci

    7. Martha Maguire

    8. Yelena Farioli-Beaupre

    9. Diane Lazarus

B. Defendants

    10. Brenda Eckstrom

    11. Bruce Sauvageau

    12. John Cronan

    13. James Potter

    14. M. Jane Donahue

C. Current and/or former Trustees of Wareham Free Library, Inc., Officers and Directors of The Wareham Library Foundation, Inc. and/or Friends of the Wareham Free Library, Inc. (other than individually named plaintiffs)

    15. Ann Bower

    16. Kerry Mello

17. Nora Bicki

18. Joavina Dean

19. Marcine Fernandes

20. Kathleen Gleason

21. Deena Kinsky

22. Lynn Fischer

23. Susan Pizzolatto (currently, Acting Director of Wareham Free Library)

E. <u>Agents and employees of the Town of Wareham</u>

24. Mary Jane Pillsbury – former Director of Wareham Free Library, and former member of the Board of Selectmen

25. John Foster – former Acting Town Administrator

26. John T. Donahue – former Town Moderator

27. R. Renee Fernandes – former member and Chairman of the Board of Selectmen

28. Patrick G. Tropeano – former member and Chairman of the Board of Selectmen

29. Elizabeth R. Corbo – Town counsel, attorney with Kopelman & Paige, P.C.

## II. **Rule 26(a)(1)(B) Disclosures:**

1. Articles of Organization of Wareham Free Library, Inc., dated August 15, 1891

2. Certificate of legal existence of Wareham Free Library, Inc., issued by the Secretary of the Commonwealth, dated August 10, 2007

3. Bylaws of Wareham Free Library, Inc., effective April 11, 1979

4. Records of private donations to Wareham Free Library, Inc. in 1980s and 1990s

5. Financial records of Wareham Free Library, Inc., including tax returns

6. Fidelity Bond of Wareham Free Library, Inc. with Western Surety Company

7. Records relating to the partial transition of the Library into the town government system in late 1970s / early 1980s, as described in paragraphs 10, 11, and 12 of the Complaint, including records of the Library Transition Committee, numerous correspondences, etc.

8. Trustee appointment letters, issued by the Town of Wareham:

   1) Letter appointing Priscilla Porter (June 27, 2006)
   2) Letter appointing Mary Nyman (June 8, 2004)
   3) Letter appointing Hazel Taber (June 21, 2005)
   4) Letter appointing Michelle Baum (June 8, 2004)
   5) Letter appointing Sandra Wheeler (June 20, 2004)
   6) Letter appointing John Lanci (June 27, 2006)
   7) Letter appointing Martha Maguire (June 20, 2004)
   8) Letter appointing Yelena Farioli-Beaupre (June 27, 2006)
   9) Letter appointing Diane Lazarus (July 19, 2005)

9. Letters sent by Friends of The Wareham Free Library, Inc. to Wareham residents in April 2007, urging them to vote against the proposed cut in the Library budget

10. Donation agreement between The Spinney Memorial, Inc., Friends of the Wareham Free Library, Inc. and the Town of Wareham, acting by and through its Board of Selectmen, dated June 9, 2005

11. Minutes of meetings of the Board of Selectmen of the Town of Wareham on the following dates:

    1) December 5, 2006
    2) January 2, 2007
    3) February 6, 2007
    4) February 20, 2007
    5) March 27, 2007
    6) April 10, 2007
    7) April 17, 2007
    8) April 23, 2007
    9) May 7, 2007
    10) May 15, 2007
    11) May 22, 2007
    12) August 7, 2007
    13) November 7, 2007

12. Video recording of the meeting of the Board of Selectmen on July 24, 2007, on CD

13. Minutes of the meetings of the Board of Trustees of Wareham Free Library, Inc.

14. Letter from Elizabeth R. Corbo, as Town Counsel, to the Board of Selectmen of the Town of Wareham, dated July 16, 2007

15. Letter from Elizabeth R. Corbo, as Town Counsel, to John Lanci, dated July 26, 2007

16. Newspaper articles, from 2006 forward, concerning factual matters alleged in the Complaint, and concerning this lawsuit and plaintiffs

## III. Rule 26(a)(1)(C) Disclosures:

Wareham Free Library, Inc. and its individually named Trustees are claiming the following damages:

1. As Plaintiffs, damages against defendants for violation of their constitutional rights, including legal fees and costs.

2. As Defendants in Counterclaim, none, other than award of all legal costs and fees for the defense of the Counterclaim brought by the Town of Wareham, including fees pursuant to M.G.L. c. 231, § 6F.

3. As Plaintiffs in Counterclaim for Indemnification, indemnification by the Town of Wareham for any personal financial loss and expense, including legal costs and fees, sustained by Plaintiffs in Counterclaim as a result of claims asserted against them in this action, pursuant to M.G.L. c. 258, § 13.

4. As Third Party Plaintiffs, damages against third party defendant MIIA Property and Casualty Group, Inc. for breach of insurance contract, and indemnification, including legal costs and fees, under the general liability insurance policy issued by third party defendant to the Town of Wareham.

## IV. Rule 26(a)(1)(D) Disclosures:

Third party defendant MIIA Property and Casualty Group, Inc. would be liable to satisfy part or all of a judgment which may be entered against plaintiffs Wareham Free Library, Inc. and its individually named Trustees on the Counterclaim brought by the Town of Wareham under the liability insurance policy issued by third party defendant to the Town of Wareham. Plaintiffs do not have said agreement in their possession, custody, or control.

Respectfully submitted by

PLAINTIFFS /
DEFENDANTS IN COUNTERCLAIM /
PLAINTIFFS IN COUNTERCLAIM FOR
INDEMNIFICATION /
THIRD PARTY PLAINTIFFS

Wareham Free Library, Inc. and
Its individually named Trustees,

By their Attorneys,
BEAUREGARD, BURKE & FRANCO

/ S / Timour Zoubaidoulline
_____
TIMOUR ZOUBAIDOULLINE, BBO # 656212
32 William Street, New Bedford, MA 02740
Tel. 508-993-0333
bbf.tzoubaidoulline@verizon.net

Dated: August 21, 2008

## CERTIFICATE OF SERVICE

In accordance with the Electronic Case Filing ("ECF") Administrative Procedures of the United States District Court for the District of Massachusetts, I, Timour Zoubaidoulline, hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and that paper copies will be sent to those indicated as non-registered participants by first class mail on August 21, 2008.

/ S / Timour Zoubaidoulline
_____
TIMOUR ZOUBAIDOULLINE, BBO # 656212