UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 07-CV-11807 RGS

|  |  |
|---|---|
| WAREHAM FREE LIBRARY, INC. and PRISCILLA PORTER, MARY NYMAN, HAZEL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc., <br><br>     Plaintiffs / Defendants in Counterclaim / Third Party Plaintiffs, <br><br> v. <br><br> THE TOWN OF WAREHAM, <br><br>     Defendant / Plaintiff in Counterclaim, <br><br> and <br><br> BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES PORTER, and M. JANE DONAHUE, Individually and As Members of The Board of Selectman of Wareham, <br><br>     Defendants, <br><br> v. <br><br> FRIENDS OF THE WAREHAM FREE LIBRARY, INC. and THE WAREHAM LIBRARY FOUNDATION, INC., <br><br>     Defendants in Counterclaim, <br><br> v. <br> MASSACHUSETTS INTERLOCAL INSURANCE ASSOC. <br><br>     Third Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD**

NOW COME ALL PARTIES to the action and jointly move, pursuant to Local Rule 26.2(B), that the deadlines for taking of fact depositions, completing and exchanging expert disclosures, and filing and serving motions for summary judgment each be extended by approximately two months, as described in more detail below.

In support of this motion, the parties state that due to the challenges associated with scheduling depositions for each of the individually named parties (and, in the case of organizations, individuals designated as Rule 30(b)(6) deponents for those parties) on dates and at times that are convenient to all counsel of record, the parties agree that they will be able to conclude all such fact depositions by the end of March 2009. Accordingly, the parties jointly request that the deadlines established by this Court's order of June 18, 2008 be enlarged as follows:

- Fact depositions completed by March 31, 2009;
- Expert disclosures must be completed and exchanged by May 15, 2009; and
- Any motion for summary judgment must be filed by June 19, 2009.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs/Defendants in Counterclaim<br>Third Party Plaintiffs<br>By their attorneys, | Plaintiff in Counterclaim<br>The Town of Wareham<br>By its attorneys, |
|    /s/ Philip N. Beauregard<br>Philip N. Beauregard (BBO 034870)<br>Timour Zoubaidoulline (BBO 656212)<br>BEAUREGARD, BURKE & FRANCO<br>32 William Street<br>New Bedford, MA 02740<br>(508) 993-0333<br>bbf.robeson@verizon.net<br>bbr.tzoubaidoulline@verizon.net |    /s/ Elizabeth Corbo<br>Richard Bowen (BBO 552814)<br>Elizabeth Corbo (BBO 640131)<br>KOPELMAN & PAIGE<br>101 Arch Street, 12th Floor<br>Boston, MA 02110<br>(617) 556-0007<br>rbowen@k-plaw.com<br>ecorbo@k-plaw.com |

| Defendants,<br>Officially and Individually | Defendant in Counterclaim<br>Friends of the Wareham Free Library, Inc. |
|---|---|
| By their attorneys, | By its attorney, |
|    /s/ Peter E. Montgomery<br>Leonard H. Kesten (BBO 542042)<br>Peter E. Montgomery (BBO 632698)<br>BRODY, HARDOON, PERKINS<br>  & KESTEN<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880 7100<br>lkesten@bhpklaw.com<br>pmontgomery@bhpklaw.com |    /s/ Thomas J. Gallitano<br>Thomas J. Gallitano (BBO 550745)<br>Lurleen A. Gannon (BBO 655109)<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200<br>tgallitano@ckrpf.com<br>lgannon@ckrpf.com |

Third Party Defendant
Massachusetts Interlocal Insurance Association
By its attorney,


   /s/ Arthur E. Maravelis
Arthur E. Maravelis (BBO 564673)
TANG & MARAVELIS
50 Mall Road, Suite 111
Burlington, MA 01803
(781) 221-1400
amaravelis@tangmaravelis.com


Dated: January 21, 2009


335484.1