UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC. and PRISCILLA PORTER, MARY NYMAN, HAZEL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and as Trustees of the Wareham Free Public Library, Inc.,<br>    Plaintiffs/Defendants-in-Counterclaim/<br>    Third-Party Plaintiffs,<br><br>v.<br><br>THE TOWN OF WAREHAM and BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES POTTER, and M. JANE DONAHUE, Individually and as Members of The Board of Selectmen of Wareham,<br>    Defendants/Plaintiffs-in-Counterclaim,<br><br>v.<br><br>MASSACHUSETTS INTERLOCAL INSURANCE ASSOCIATION,<br>    Third-Party Defendant. | CIVIL ACTION<br>NO.: 1:07-cv-11807-RGS<br><br><br><br>NOTICE OF APPEARANCE |

Kindly enter my appearance as counsel for the Third-Party Defendant, Massachusetts Interlocal Insurance Association in the above entitled matter.

Dated: June 1, 2009          /s/ **Thomas S. Tang**
_____
Thomas S. Tang (BBO 642578)
TANG & MARAVELIS, P.C.
50 Mall Road, Suite 111
Burlington, MA 01803
781-221-1400

<u>Certificate of Service</u>

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by mail on June 1, 2009.

         /s/ **Thomas S. Tang**
_____
Thomas S. Tang

Dockets.Justia.com