UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 07-CV-11807 RGS

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC. and PRISCILLA PORTER, MARY NYMAN, HAZEL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc., | ) ) ) ) ) ) ) |
|     Plaintiffs / Defendants in Counterclaim / Third Party Plaintiffs, | ) ) ) |
| v. | ) |
| THE TOWN OF WAREHAM, | ) |
|     Defendant / Plaintiff in Counterclaim, | ) |
| and | ) |
| BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES PORTER, and M. JANE DONAHUE, Individually and As Members of The Board of Selectman of Wareham, | ) ) ) ) |
|     Defendants, | ) |
| v. | ) |
| FRIENDS OF THE WAREHAM FREE LIBRARY, INC., and WAREHAM LIBRARY FOUNDATION | ) ) |
|     Defendants in Counterclaim, | ) |
| v. | ) |
| MIIA PROPERTY AND CASUALTY GROUP, INC. | ) |
|     Third Party Defendant. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of the undersigned as counsel for the defendant/plaintiff in counterclaim, Town of Wareham, in the above-captioned matter.

        DEFENDANT/
        PLAINTIFF IN COUNTERCLAIM,
        TOWN OF WAREHAM

        Michele E. Randazzo (BBO# 564906)
        Kopelman and Paige, P.C.
         Town Counsel
        101 Arch Street
        12th Floor
        Boston, MA 02110-1109
        (617) 556-0007

CERTIFICATE OF SERVICE

I, Michele E. Randazzo, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

        /s/ Michele E. Randazzo

376173/31023/0001