UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 07-CV-11807 RGS

| | |
|---|---|
| WAREHAM FREE LIBRARY, INC. and PRISCILLA PORTER, MARY NYMAN, HAZEL TABER, MICHELLE BAUM, SANDRA WHEELER, JOHN LANCI, MARTHA MAGUIRE, YELENA FARIOLI-BEAUPRE, and DIANE LAZARUS, Individually and As Trustees of Wareham Free Library, Inc., | ) ) ) ) ) ) ) ) |
| Plaintiffs / Defendants in Counterclaim / Third Party Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE TOWN OF WAREHAM, | ) ) |
| Defendant / Plaintiff in Counterclaim, | ) ) |
| and | ) ) |
| BRENDA ECKSTROM, BRUCE SAUVAGEAU, JOHN CRONAN, JAMES PORTER, and M. JANE DONAHUE, Individually and As Members of The Board of Selectman of Wareham, | ) ) ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| FRIENDS OF THE WAREHAM FREE LIBRARY, INC. and THE WAREHAM LIBRARY FOUNDATION, INC., | ) ) ) |
| Defendants in Counterclaim, | ) ) |
| v. MASSACHUSETTS INTERLOCAL INSURANCE ASSOC. | ) ) ) |
| Third Party Defendant. | ) ) |

**JOINT REQUEST TO REFER MATTER TO COURT MEDIATION PROGRAM**

NOW COME ALL PARTIES to the action and jointly request, pursuant to Local Rule 16.4(C)(4)(a), that the Court refer this matter to the mediation program with a Magistrate Judge for the U.S. District Court for the District of Massachusetts. All parties have conferred and agree upon mediating this case, and the parties accordingly request that a mediation be scheduled at the earliest date that is mutually convenient to the Magistrate Judge assigned to mediate this matter, the parties and their counsel.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs/Defendants in Counterclaim<br>Third Party Plaintiffs<br>By their attorneys, | Plaintiff in Counterclaim<br>The Town of Wareham<br>By its attorneys, |
| ____/s/ Philip N. Beauregard_____<br>Philip N. Beauregard (BBO 034870)<br>Timour Zoubaidoulline (BBO 656212)<br>BEAUREGARD, BURKE & FRANCO<br>32 William Street<br>New Bedford, MA 02740<br>(508) 993-0333<br>bbf.robeson@verizon.net<br>bbr.tzoubaidoulline@verizon.net | ____/s/ Michele E. Randazzo_____<br>Elizabeth Corbo (BBO 640131)<br>Michele E. Randazzo (BBO 564906)<br>KOPELMAN & PAIGE<br>101 Arch Street, 12th Floor<br>Boston, MA 02110<br>(617) 556-0007<br>ecorbo@k-plaw.com<br>mrandazzo@k-plaw.com |
| Defendants,<br>Officially and Individually<br><br>By their attorneys, | Defendant in Counterclaim<br>Friends of the Wareham Free Library, Inc.<br><br>By its attorneys, |
| ____/s/ Peter E. Montgomery_____<br>Leonard H. Kesten (BBO 542042)<br>Peter E. Montgomery (BBO 632698)<br>BRODY, HARDOON, PERKINS<br>  & KESTEN<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880 7100<br>lkesten@bhpklaw.com<br>pmontgomery@bhpklaw.com | ____/s/ Thomas J. Gallitano_____<br>Thomas J. Gallitano (BBO 550745)<br>Lurleen A. Gannon (BBO 655109)<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200<br>tgallitano@ckrpf.com<br>lgannon@ckrpf.com |

Third Party Defendant
Massachusetts Interlocal Insurance Association
By its attorney,


   /s/ Arthur E. Maravelis
Arthur E. Maravelis (BBO 564673)
TANG & MARAVELIS
50 Mall Road, Suite 111
Burlington, MA 01803
(781) 221-1400
amaravelis@tangmaravelis.com


Dated: June 19, 2009


335484.1