**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

WAREHAM FREE LIBRARY, ET AL
_____ Plaintiff(s)

V.

TOWN OF WAREHAM
_____ Defendant(s)

CIVIL ACTION
NO. 07-11807-RGS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE STEARNS

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On AUGUST 3, 2009 I held the following ADR proceeding:

☐ SCREENING CONFERENCE   ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION                ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL               ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☐ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☑ Settled. Your clerk should enter a 60 day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:


AUGUST 4, 2009
DATE

LEO T. SOROKIN, U.S.M.J.
ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)