UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WAREHAM FREE LIBRARY, et al,

    Plaintiff(s),

                          CIVIL ACTION NO. 1:07CV11807 - RGS

v.

TOWN OF WAREHAM,

    Defendant(s).

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

The Court having been advised by counsel that the above-entitled action has settled:

It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within sixty (60) days if settlement is not consummated.

    SO ORDERED.

                                  RICHARD G. STEARNS
                                  UNITED STATES DISTRICT JUDGE

        BY:

                                  /s/ *Terri Seelye*

Dated: August 6, 2009                               Deputy Clerk