# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
WAREHAM FREE LIBRARY, et al     . CIVIL ACTION NO. 07-11807-RGS
      Plaintiffs                .
            V.                  . BOSTON, MASSACHUSETTS
                                . AUGUST 3, 2009
TOWN OF WAREHAM, et al          .
      Defendants                .
. . . . . . . . . . . . . . . . .
```

TRANSCRIPT OF SETTLEMENT AGREEMENT
BEFORE THE HONORABLE LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the plaintiff: Philip N. Beauregard, Esq.
                   Beauregard, Burke & Franco
                   32 William Street
                   New Bedford, MA 02740
                   508-993-0333
                   bbf.robeson@verizon.net

                   Thomas J. Gallitano, Esq.
                   Conn, Kavanaugh, Rosenthal, Peisch &
                       Ford, LLP
                   Ten Post Office Square
                   Boston, MA 02109
                   617-482-8200
                   tgallitano@ckrpf.com


For the defendant: Peter E. Montgomery, Esq.
                   Brody, Hardon, Perkins, & Kesten LLP
                   One Exeter Plaza
                   Boston, MA 02116
                   617-880-7100
                   pmontgomery@bhpklaw.com

                   Michele E. Randazzo, Esq.
                   Kopelman & Paige, PC
                   101 Arch Street
                   Boston, MA 02110-1109
                   617-556-0007
                   mrandazzo@k-plaw.com

Massachusetts Interlocal
 Insurance Associate: Arthur E. Maravelis, Esq.
                      Tang & Maravelis, P.C.
                      50 Mall Road
                      Suite 111
                      Burlington, MA 01803
                      781-221-1400

             Court Reporter:

             Proceedings recorded by electronic sound recording,
             transcript produced by transcription service.

                       *MARYANN V. YOUNG*
                  **Certified Court Transcriber**
                    **Wrentham, MA  02093**
                      **(508) 384-2003**

1

**I N D E X**

2   Proceedings                                    3

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   <u>**P R O C E E D I N G S**</u>

2   CASE CALLED INTO SESSION

3       THE COURT:  This is Magistrate Judge Sorokin.  We've

4   just finished the mediation in Wareham Free Library, et al v.

5   Town of Wareham, 07CV11807.  We don't have the members of the

6   Board of Selectmen because one by one they had some

7   commitments, and I let them go and the last ones left but after

8   the issues with the town were resolved.  So while the - what

9   I'm about to say is subject to two, the agreement I'm about to

10  describe is subject to two caveats.  The first caveat is that

11  on behalf of the town it has to be formally approved by the

12  Board of Selectmen and while counsel expects - (inaudible -

13  #6:41:29) - with that it's not done until it's formally

14  approved.  And the second caveat is the plaintiffs requested,

15  and I agree it makes sense and the other parties are content

16  with that, that till the end of close of business tomorrow to

17  decide which of two options to accept that I'm going to

18  describe.  And plaintiffs' counsel will call, he'll call the

19  other counsel and let him know as to which option you've taken

20  and, Mr. Gallitano, I'll designate you to contact me once

21  that's done to let me know it's settled and which of the two

22  options.

23      The terms of the settlement are as follows.  The

24  Library Corporation will be dissolved with the execution of the

25  agreement if it's a global settlement and if it's a, the

1  declaratory judgment action is preserved, it'll be dissolved

2  once the declaratory judgment action is finally resolved, but

3  all other terms I'm about to describe will be the same either

4  way.  The Town of Wareham Library trustees will be appointed

5  pursuant to the town charter which everyone understands at the

6  present moment would be by the Board of Selectmen.  The monies

7  that are held by the present, for lack of a better term,

8  plaintiffs, the library trustees as well as the funds that are

9  in the foundation will remain with the foundation except that

10  the plaintiffs will issue a check or checks in the amount of

11  $50,000 to an account designated by the defendants to the,

12  under the control of the library, the new library trustees

13  appointed by the town for purposes of library trustees and the

14  manager of the public library.

15       The foundation will amend its bylaws to provide that

16  all of the present money that it has after disclosing the

17  $50,000 will be earmarked or used solely for the purposes of

18  the public library of Wareham which is presently understood to

19  mean the one existing library in Wareham that's a public

20  library.  If in the future the Spinney Library becomes a

21  library of the town of Wareham, a public library under the

22  jurisdiction of the trustees, the town's library trustees, or

23  any other branches ever opened at any time in the future as a

24  library, then those funds that are earmarked for the public

25  library of Wareham can be used for not only the named branch

1  but these other branch or branches.  But until such time those

2  funds cannot be.

3          The $75,000 with the Friends stays with the Friends.

4  The future donations will work as follows, any donations to the

5  foundation will be to the foundation for its use and purposes

6  for any purpose that it wishes consistent with the intent of

7  the donor.  The, if there are donations to the Wareham Free

8  Library or the Trustees of the Wareham Library or the like,

9  whenever the will was written, those donations that are

10  received after today I suppose will be for the Trustees of the

11  Public Library appointed pursuant to the town charter.

12          The Foundation, as is obvious I think, will have no

13  formal advisory authority with respect to the library.  And the

14  attorneys' fees of the plaintiffs will be resolved in the

15  following fashion; either the plaintiffs will accept a $40,000

16  payment from the defendants toward their attorneys' fees in

17  which case this is a global resolution of all claims of the

18  parties or they will decline to accept any funds from the

19  defendants in settlement of attorneys' fees, in which case this

20  is a settlement of all claims and parties accept a third party

21  claim against MIIA, in which case that declaratory judgment

22  action will proceed to its normal resolution and all the rest

23  of the case and parties with all the other claims are settled.

24  They'll be releases and stipulations of dismissal with

25  prejudice of all the claims and releases of all the parties

1   either globally if plaintiffs elect the global resolution or

2   in all regards except with respect to the declaratory judgment

3   action between those parties to the declaratory judgment action

4   if they elect that option.  And plaintiffs will, plaintiffs'

5   counsel will let all other counsel know as to what they're

6   going to do by close of business tomorrow?

7                   MR. BEAUREGARD:  Yes.

8                   THE COURT:  All right.  Mr. Gallitano, then if you'll

9   then if you let me know by the next day what resolution was

10  reached, I will then advise Judge Stearns to do one of two

11  things.  If it's a global resolution, issue a 60-day settlement

12  order of dismissal with respect to everything, or issue a 60-

13  day settlement order of dismissal with respect to everything

14  other than the third party complaint against MIA.

15                  Yes?

16                  MR. BEAUREGARD:  Just two quick small points.  The

17  formal approval of the Board of Selectmen will be forthcoming I

18  take it by the end of tomorrow?

19                  MR. MONTGOMERY:  They do have a scheduled meeting

20  tomorrow, we're going to do I best.  I don't think it's going

21  to be a problem though.

22                  MR. BEAUREGARD:  Okay.

23                  THE COURT:  That's why I said 60 days--

24                  MR. MONTGOMERY:  We had all five of them here and

25  they're all on board.

1    THE COURT:  If some reason it took time, then and if

2    it unwound it would be within 60 days under the settlement.  I

3    don't expect any issues, but if there are I'm happy to see

4    everybody here.

5    MR. MONTGOMERY:  Well the expectation is that they

6    know everything and that it's not unwinding.  We--

7    THE COURT:  Right.

8    MR. BEAUREGARD:  We're relying on the fact that this-

9    THE COURT:  Yeah, no I'm not expecting it to unwind

10   either.

11   MR. BEAUREGARD:  Okay.  And the second thing is when

12   we talked about the funds that would come into the foundation

13   in the future, the earmark does not apply to those.

14   THE COURT:  No.  The funds that come to the

15   foundation, the earmark applies to those funds that were done

16   issuing as now.

17   MR. MONTGOMERY:  Yes.

18   THE COURT:  And anything that comes into the

19   foundation is for whatever the foundation chooses on its own

20   discretion or in negotiation with whoever gave the money.

21   MR. MONTGOMERY:  Exactly.

22   MR. BEAUREGARD:  Your Honor, has this been – are we

23   live?

24   THE COURT:  Yes.

25   MR. BEAUREGARD:  Okay.  So in the event

1  notwithstanding all our note taking there is any--

2          THE COURT:  You can order a transcript.

3          MR. BEAUREGARD:  --disagreement we can order--

4          THE COURT:  Yes.

5          MR. BEAUREGARD:  --a transcript of--

6          THE COURT:  Call Ms. Simeone and she can get a

7  transcript.

8          All right, everybody who is counsel agree that those

9  are the terms of the settlement to the extent that it's fully

10 executed and not to the extent it's not?

11         MR. MONTGOMERY:  Agreed, Your Honor.

12         THE COURT:  All right.

13         MS. RANDAZZO:  Agreed, Your Honor.

14         MR. MARAVELIS:  Agreed, Your Honor.

15         THE COURT:  Okay.

16         MR. BEAUREGARD:  Agreed.

17         MR. GALLITANO:  Agreed for the Friends.

18         THE COURT:  Okay.  All right.

19         MR. MARAVELIS:  Your Honor, just for the record can

20 we agree that Mr. Beauregard will either, will let me know

21 tomorrow by the close of business.

22         MR. BEAUREGARD:  I will call you.

23         MR. MARAVELIS:  Right.

24         MR. BEAUREGARD:  You can be sure.

25         MR. MARAVELIS:  Thank you.

1        CERTIFICATION

2        I, Maryann V. Young, court approved transcriber, certify

3    that the foregoing is a correct transcript from the official

4    digital sound recording of the proceedings in the

5    above-entitled matter.

6

7    /s/ Maryann V. Young                September 11, 2009

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25